## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WB SUPPLY LLC | Case No. 21- 10729 |
| Debtor. [1] | |

## SCHEDULES OF ASSETS AND LIABILITIES
## OF DEBTOR WB SUPPLY LLC (CASE NO. 21-10729)

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: WB Supply LLC (2066).  The address of the Debtor's corporate headquarters is: 111 Naida Street, Pampa, Texas 79065-6901.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WB SUPPLY LLC, | Case No. 21-10729 (BLS) |
| Debtor.[1] | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### INTRODUCTION

WB Supply LLC, the debtor and debtor in possession (the "**Debtor**" or the "**Company**") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities  (the "**Schedules**") and Statement of Financial Affairs (the "**Statement**" and together with the Schedules, the "**Schedules and Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and  Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statement.  Accordingly, the

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: WB Supply LLC (2066).  The address of the Debtor's corporate headquarters is: 111 Naida Street, Pampa, Texas 79065-6901.

Debtor reserves all rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

The Debtor, its officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors, disclaims any liability to any third-party arising out of or related to the information contained in the Schedules and Statement and reserve all rights with respect thereto.

The Schedules and Statement have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statement, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and its addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.      ***Reservation of Rights***. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to claim ("**Claim**") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent" or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent" or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

The listing in the Schedules or Statement (including, without limitation, Schedule A/B, and

Schedule E/F) by the Debtor of any obligation between a Debtor and a non-Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtor reserves all rights with respect to such obligations.

2. **Description of Case and "as of" Information Date**. On April 20, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The assets and liabilities data provided herein, except as otherwise noted, represent the Debtors' information as of April 20, 2021.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all their assets. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of March 31, 2021 as recorded in the Debtor's books and records. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statement as they have no net book value. The Debtor reserves the right to amend or adjust the value of each asset or liability set forth herein.

4. **Recharacterization**. Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all rights to recharacterize, reclassify, recategorize, re-designate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property-Leased**. In the ordinary course of business, the Debtor may have leased real property and various articles of personal property, including equipment from certain third-party lessors. The Debtor has made reasonable efforts to list all such leases in the Schedules and Statement. However, nothing in the Schedules or Statement is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement) and the Debtor reserves all rights with respect to all such issues.

6. **Excluded Assets and Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary or

appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtor has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

7.      *Insiders*. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statement, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtor or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8.      *Intellectual and Intangible Property Rights*. Exclusion of certain intellectual and intangible property shall not be construed as an admission that such intellectual and intangible property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual and intangible property shall not be construed to be an admission that such intellectual and intangible property rights have not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.      *Executory Contracts and Unexpired Leases.* The Debtor reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.     *Materialman's/Mechanic's Liens*. The assets listed in the Schedules and Statement are presented without consideration of any materialman's or mechanic's liens.

11.     *Classifications*. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or "unsecured," or (c) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the Claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12.     *Claims Description*. Schedule D and Schedule E/F permit the Debtor to designate a Claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a Claim on the Debtor's Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission that such amount is not "disputed," "contingent" or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all rights to dispute, or assert offsets or defenses to, any Claim reflected on its respective Schedules and Statement on any grounds,

including liability or classification. Additionally, the Debtor expressly reserves all rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

13.     ***Causes of Action***. Despite its reasonable best efforts to identify all known assets, the Debtor may not have listed all causes of action or potential causes of action against third-parties as assets in the Schedules and Statement, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.     ***Summary of Significant Reporting Policies***. The following is a summary of significant reporting policies:

(a)     <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(b)     <u>Totals</u>. All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(c)     <u>Liens</u>. Property and equipment listed in the Schedules and Statement are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.     ***Estimates and Assumptions***. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

16.     ***Currency***. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.     ***Intercompany***. The net balance of intercompany transactions between the Debtor and any Non-Debtor-affiliates, if any, is set forth on Schedule A/B or Schedule E/F, as applicable, and receivables are classified as current assets. Intercompany transfers with or among Non-Debtor affiliates are not captured on Statement 2 or 3. The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation between the Debtor and a non-Debtor affiliate is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtor reserve all rights with respect to such obligations.

18.     ***Setoffs***. The Debtor incurs certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, refunds, warranties, debit memos, credits and other disputes between the Debtor and its service providers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are generally not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets generally are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

19.     ***Confidentiality***.  There may be instances in the Schedules and Statement where the Debtor deemed it necessary and appropriate to withhold from the public record information such as, among other things, names, addresses, or amounts.  Typically, the Debtor has withheld information because of: (i) an agreement between the Debtor and a third party (e.g., an executory contract that contains a confidentiality provision) or (ii) concerns regarding the confidentiality of such information.

20.     ***Addresses of Current and Former Employees***. To protect the privacy of the Debtor's current and former employees, the Debtors has [not disclosed such persons' addresses][?].   The Debtor and Stretto maintain a record of all addresses on file.  The Debtor has served and will continue to serve all necessary notices, including notice of the claims bar date, to the actual address of each current and former employee.

21.     ***Global Notes Control***. In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**SCHEDULE A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below.

**SCHEDULE A/B3**. Cash values held in financial accounts are listed on Schedule A/B3 as of April 16, 2021.

**SCHEDULE A/B11**. Accounts receivable are presented net of allowance for doubtful accounts, but may not be reserved for all doubtful accounts.

**SCHEDULE A/B 60-64**. Intellectual property is listed in Schedule A/B 60-64 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value. Nothing herein or in the Schedules and Statement shall be construed as an admission or acknowledgment by the Debtor that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtor reserves all rights with respect to any such issues.

**SCHEDULE A/B 74/75**. The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

**SCHEDULE D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed, the Debtor reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled Claims of various creditors as secured Claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtor reserves all rights to amend Schedule D to the extent that the Debtor determines that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the Claimant or a waiver of the right to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe its Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts outstanding under the Debtor's prepetition secured credit facility reflects the approximate amounts as of the Petition Date.

**SCHEDULE E/F Part 1**. The Debtor is seeking Bankruptcy Court authorization to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.

The listing of any claim on Schedule E Part 1 does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserve its right to dispute the priority status of any claim on any basis.

**SCHEDULE E/F Part 2**. The Debtor has used reasonable best efforts to report all general unsecured Claims against it on Schedule E/F Part 2 based upon the Debtor's existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2. As a general matter, the date of incurrence of each Claim was listed as the most recent invoice date, if available.

Schedule E/F Part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement.

The Debtor expressly incorporates by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

SCHEDULE G. Although the Debtor's existing books, records and information systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. In certain cases when the Debtor believed that a contract existed but were unable to locate a copy thereof, available information regarding that presumed contract was listed in Schedule G. In other cases, due to the voluminous number of contracts, the Debtor was unable to verify the counter-party and made best efforts to include such contracts based on reasonable assumptions. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease

listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any agreement, instrument or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

The Debtor reserves all rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

SCHEDULE H. The Debtor may not have identified certain guarantees associated with executory contracts, unexpired leases, secured financing, debt instruments and other such agreements, and reserves all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its businesses, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on Schedule E/F and Statement 7, as applicable.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S STATEMENT

STATEMENT 3. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to employees. Payments by credit card have been listed in aggregate to the credit card issuer, rather than to the ultimate recipient. All disbursements listed on Statement 3 are made through the Debtor's cash management system.

STATEMENT 4. Debtor has included all payroll distributions and aggregate business expense reimbursements made over the twelve (12) months preceding the Petition Date to any individual that may be deemed an "Insider" (as defined in section 101(31) of the Bankruptcy Code) when the Debtors have either made or been charged for such payments. To the extent that former officers did not qualify as Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statement. To the extent that a current or former employee is an Insider, such employee received payment pursuant to the terms of his or her employment agreement and/or severance agreement with the Debtor, and such payments are listed in the aggregate for current

and former employees in response to Statement 4.  The listing of a party as an Insider in the Schedules and Statement, however, is not intended to be, nor shall be construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.

STATEMENT 7. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

STATEMENT 26d.  From time to time, the Debtor may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Although reasonable efforts have been made to identify the recipient of such financial statements, determining the recipient of each financial statement would be unduly burdensome and cost prohibitive.

**Fill in this information to identify the case:**

Debtor name: WB Supply LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10729

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B | $83,081.32

1b. **Total personal property:**
Copy line 91A from Schedule A/B | $33,996,474.94

1c. **Total of all property:**
Copy line 92 from Schedule A/B | $34,079,556.26

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) | $15,310,108.32
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F | $730,775.47

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $36,736,711.41

**4. Total Liabilities**
Lines 2 + 3a + 3b | $52,777,595.20

**Fill in this information to identify the case:**

Debtor name: WB Supply LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10729

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | |
| 2.1 | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 See "Schedule AB 3 Attachment | | | $327,453.96 |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 None | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $327,453.96 |
|---|

## Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1

    See "Schedule AB 7 Attachment" | $431,941.94

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1

    See "Schedule AB 8 Attachment" | $801,189.02

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. | $1,233,130.96

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $ 8,364,491.12 - Billed<br>$ 3,671,669.76 - Unbilled<br>$12,036,160.88 - Total<br>face amount | − | $ 0.00 - Billed<br>$ 0.00 - Unbilled<br>$0.00 - Total<br>doubtful or uncollectible accounts | = ........  ➜ | $12,036,160.88 |
| 11b. | Over 90 days old: | $3,925,059.66 - Billed<br>$501,655.18- Unbilled<br>$4,426,714.84 - Total<br>face amount | − | $3,925,059.66 - Billed<br>$501,655.18- Unbilled<br>$4,426,714.84 - Total<br>doubtful or uncollectible accounts | = ........  ➜ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $12,036,160.88

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

| | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1

_____    _____    _____                    $0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

_____                        _____                    $0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                          $0.00

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods including goods held for resale | Nov/Dec 2020 | $18,215,328.71 | FIFO | $18,215,328.71 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                          $18,215,328.71

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $581,604.00    Valuation method    Cost    Current value    Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　　☐ No

　　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| Office Furniture | $82,198.08 | Straight Line Depreciation | $82,198.08 |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| Included in Office Furniture | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| Included in Office Furniture | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $82,198.08 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| Vehicles | $756,727.23 | Straight Line Depreciation | $756,727.23 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | | | |
| None | | | $0.00 |

**49. Aircraft and accessories**

49.1
None                                                                                    $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1
Other machinery, fixtures, and equipment         $544,819.7    Straight Line Depreciation         $544,819.7

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                               $1,301,546.93

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Buildings and Improvements | Owner | $83,081.32 | Straight Line Depreciation | $83,081.32 |
| 55.2 Land 113 Gulf Ave Odessa Texas ( .2296 acre) Account 11700.3270.0000 | Owner | $12,030.00 | N/A | Undetermined |
| 55.3 * Land S Henderson Street Odessa, Texas ( .3444 acre) Account # 11700.03265.00000 | Owner | See above - $12,030 is book value for 55.3 and 55.4 | N/A | Undetermined |
| 55.4 Leased Real Property - See "Schedule AB 55 Attachment" | Leasee | $0.00 | N/A - Leased | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.                               $83,081.32

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | |
| Internet domain names and websites | $12,812.50 | Amortized value | $12,812.50 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | |
| None | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| Customers Lists, Mailing Lists, or Other Compilations | $26,419.08 | Amortized value | $26,419.08 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | |
| Other Intangibles, or Intellectual Property (Land Sale - Rent Concessions) | $20,852.28 | Amortized value | $20,852.28 |
| **65. Goodwill** | | | |
| 65.1 | | | |
| Goodwill | $0.00 | Amortized value | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$60,083.86

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | = ➔ | $0.00 |
| --- | --- | --- | --- | --- |
| | total face amount | - doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | $0.00 |
| --- | --- | --- |

**73. Interests in insurance policies or annuities**

73.1

| None | $0.00 |
| --- | --- |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| None | $0.00 |
| --- | --- |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| None | $0.00 |
| --- | --- |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| None | $0.00 |
| --- | --- |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | Due From Affiliate - AMC | $2,177.45 |
| --- | --- | --- |
| 77.2 | Due From Affiliate - Basin Power-Gillette | $4,545.61 |
| 77.3 | Due From Affiliate - Basin Supply Corporation | $733,698.50 |
| 77.4 | Due From Affiliate - Basin WB Supply LLC | $150.00 |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $740,571.56 |
| --- |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $327,453.96 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,233,130.96 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $12,036,160.88 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $18,215,328.71 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $82,198.08 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,301,546.93 | |
| **88. Real property.** Copy line 56, Part 9. | ➜ | $83,081.32 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | $60,083.86 | |
| **90. All other assets.** Copy line 78, Part 11. | $740,571.56 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $33,996,474.94 | 91b. $83,081.32 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $34,079,556.26 |

**SCHEDULE AB 3 ATTACHMENT**
Checking, Savings, Money Market, or Financial Brokerage Accounts

| Name of Institution (Bank or Brokerage Firm) | Type of Account | Last 4 Digits of Account # | Current Value |
|---|---|---|---|
| Alpine Bank | Petty Cash | 0525 | $3,998.23 |
| Bank of Colorado | Petty Cash | 1926 | $21,798.07 |
| First National Bank | Petty Cash | 3773 | $9,548.51 |
| First National Bank and Trust | Petty Cash | 8570 | $644.12 |
| Firstbank Southwest | Petty Cash | 0251 | $6,446.28 |
| Happy State Bank - Cafeteria | Cafeteria Disbursements | 3785 | $27,031.89 |
| Happy State Bank - Disbursements | Disbursements | 3777 | $0.00 |
| Happy State Bank - Medical Account | Medical Disbursements | 0892 | $0.00 |
| Happy State Bank - Operating | Operating | 6304 | $11,121.33 |
| Happy State Bank - Tax Account | Tax Disbursements | 3769 | $10,704.29 |
| Wells Fargo Depository Account | Collections | 7102 | $183,909.45 |
| Wells Fargo Disbursements | Disbursements | 7125 | $0.00 |
| Wells Fargo Master Operating | Operating | 3852 | $50,897.46 |
| Wells Fargo Payroll | Payroll | 3837 | $0.00 |
| Wells Fargo Tax | Inactive | 3845 | $0.00 |
| Wellington State Bank | Petty Cash | 9441 | $1,354.33 |

**TOTAL:**   **$327,453.96**

In re: WB Supply LLC                    Page 1 of 1

**SCHEDULE AB 7 ATTACHMENT**

Deposits, including security deposits and utility deposits

| Description, including name of holder of deposit | Current Value |
|---|---|
| Credit Card Deposit - Wells Fargo Bank NA | $125,000.00 |
| Credit Card Deposit - Wells Fargo Bank NA | $375.00 |
| Credit Card Deposit - Wells Fargo Bank NA | $50,000.00 |
| Credit Card Deposit - Wells Fargo Bank NA ( sent to Basin Holdings) | $100,000.00 |
| Electric deposit - Mountrail Williams ( Watford City) | $1,080.00 |
| Fuel Card Deposit - Enterprise | $25,000.00 |
| Gas deposit - Ambit Energy (West Texas) | $4,160.00 |
| Gas deposit - Atmos Energy  (Corp/Midland/Lamesa) | $250.00 |
| Gas/Water deposit - City of Sundown- ( Sundown) | $1,050.00 |
| Lease deposit - Brookline Watford City LLC (North Dakota) | $44,189.12 |
| Lease Deposit - E&M Properties - (Evans CO) | $1,150.00 |
| Lease Deposit - ERP Industrials ( Midland/Odessa ) | $11,463.67 |
| Lease Deposit - Franklin Street Properties (Denver Office) | $18,379.15 |
| Lease Deposit - Garnan LLC  - ( Andrews store) | $2,000.00 |
| Lease deposit - Hazbin Heritage-  (Jourdanton Store) | $5,000.00 |
| Lease Deposit - Johnson's Rentals - (Chickasha) | $5,000.00 |
| Lease Deposit- Petroplex Properties  LLC (Pecos Store) | $12,500.00 |
| Rent Deposit - Primeland Properties -(Hennessey) | $1,500.00 |
| Security Deposit- Aqua Vitae Trust   (Odessa) | $22,000.00 |
| Utilities Deposit - Centerpoint Energy - (Chickasha) | $600.00 |
| Utilities Deposit - City of Chickasha (Chickasha) | $50.00 |
| Utilities Deposit - Hennessey Utilities Authority (Hennessey) | $400.00 |
| Utilities Deposit - OGE - (Hennessey) | $425.00 |
| Water deposit -  City of Andrews - (Andrews) | $75.00 |
| Water deposit -  Rubicon Global - (Goldsmith) | $250.00 |
| Water deposit -City of Carlsbad  (Carlsbad) | $45.00 |
| **TOTAL:** | **$431,941.94** |

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Insurance - Foremost | $220.50 |
| Prepaid Insurance - Premium Assignment | $693,781.27 |
| Prepaid Insurance - Travelers | $8,612.72 |
| Prepaid Rent - CB - Permian Pump | $500.00 |
| Prepaid Rent - Pecos | $12,500.00 |
| Prepaid Tax - 2020  North Dakota Tax | $2,083.00 |
| Prepaid Tax - 2020/21 New Mexico Franchise Tax | $8,923.00 |
| Prepayment - Avetta HSE Annual Renewal 9/11/20-9/10/21 | $1,242.30 |
| Prepayment - EZCM Annual Renewal 9/1/20-8/31/21 | $5,255.00 |
| Prepayment - Focus Retainer | $3,400.00 |
| Prepayment - Great Plains Annual Renewal | $30,937.20 |
| Prepayment - Greenshades Payroll Tax Services | $1,362.47 |
| Prepayment - ISNetworld Annual Renewal | $639.60 |
| Prepayment - Mobicontrol - Cloud 2/1/19-1/31/22 | $2,715.50 |
| Prepayment - NextGen Software, Inc 7/1/20-6/30/21 | $7,374.75 |
| Prepayment - Panatracker Annual Renewal | $6,108.44 |
| Prepayment - Prolease Aug '20 - Jul '21 | $1,121.36 |
| Prepayment - Rockton Omni Annual Maintenance 8/19/20-8/18/21 | $1,816.79 |
| Prepayment - SPS Commerce, Inc | $2,595.12 |
| Prepayment - Todd, Barron, Thomason Retainer | $10,000.00 |

TOTAL:   **$801,189.02**

**SCHEDULE AB 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| Lease of facility in Andrews, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Carlsbad, New Mexico | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of facility in Chickasha, Oklahoma | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Chickasha, Oklahoma | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Evans, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Evans, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Evans, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of facility in Forsan, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Fort Morgan, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Fort Morgan, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Hennessey, Oklahoma | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Jourdanton, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Lindsay, Oklahoma | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Midland, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Odessa, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Pampa, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of facility in Parachute, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Pecos, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Perryton, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Watford City, North Dakota | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Facility in Wheeler, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Office in Denver, Colorado | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Office in Pampa, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Lease of Pipe Yard in Perryton, Texas | Lease | $0.00 | N/A - Lease | $0.00 |
| Sublease of Office in Denver, Colorado to Sublease | Lease | $0.00 | N/A - Lease | $0.00 |

**Fill in this information to identify the case:**

Debtor name: WB Supply LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10729

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Basin Holdings
15425 North Freeway
Suite 350
Houston, TX 77090

**Date debt was incurred?**
9/17/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Wells Fargo NA - First Lien
Basin Supply LP - TBD
Kelly Pipe LLC - TBD

**Describe debtor's property that is subject to the lien:**
All assets, tangible and intangible

**Describe the lien**
2nd Lien Note (100-2225)
Subordinated Security Interest

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,083,363.31    Undetermined

2.2

Basin Supply LP
15425 North Freeway
Suite 350
Houston, TX 77090

**Date debt was incurred?**
9/17/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Wells Fargo NA - First Lien
Basin Holdings - TBD
Kelly Pipe LLC - TBD

**Describe debtor's property that is subject to the lien:**
All assets, tangible and intangible

**Describe the lien**
2nd Lien Note (100-2223)
Subordinated Security Interest

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$958,973.26    Undetermined

2.3

HYG Financial Services
5000 Riverside Drive
Suite 300 East
Irving, TX 75039-4314

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment leased to WB Supply LLC by HYG

**Describe the lien**
Finance Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Undetermined    Undetermined

2.4

Kelly Pipe LLC
PO Box 2827
Santa Fe Springs, CA 90670

**Date debt was incurred?**
Unknown

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Wells Fargo NA - First Lien
Basin Holding - TBD
Basin Supply - TBD

**Describe debtor's property that is subject to the lien:**
Inventory and proceeds

**Describe the lien**
PMSI

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,427.57    Undetermined

2.5

Wells Fargo Bank NA
PO Box 63020
San Francisco, CA 93163

**Date debt was incurred?**
12/20/2013

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Basin Holding - TBD
Basin Supply - TBD
Kelly Pipe LLC - TBD

**Describe debtor's property that is subject to the lien:**
All assets, tangible and intangible

**Describe the lien**
Senior Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,201,344.18    Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$15,310,108.32

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Wells Fargo Bank NA C/O Greenberg Traurig, LLP Attn: David Kurzweil And John Dyer Terminus 200 3333 Piedmont Road NE, Suite 2500 Atlanta, GA 30305 | 2.5 | |
| 3.2 Wells Fargo Bank NA C/O Greenberg Traurig, LLP Attn:Dennis Meloro 1007 N Orange St #1200 Wilmington, DE 19801 | 2.5 | |

**Fill in this information to identify the case:**

Debtor name: WB Supply LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10729

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1

Andrews County Tax Office, 210 NW 2nd Street, Andrews, TX 79714

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8B )

**As of the petition filing date, the claim is:**            $6,971.40            $6,971.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.2

Andrews ISD Tax Office, 600 N. Main, Andrews, TX 79714

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8B )

**As of the petition filing date, the claim is:**            $29,526.33            $29,526.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.3**

Atascosa County Tax Office, 1001 Oak St.,
Jourdanton, TX 78026

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$53,208.24          $53,208.24

**2.4**

Channelview Independent School District, 828
Sheldon Road, Channelview, TX 77530

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,819.55          $1,819.55

**2.5**

Colorado Department of Revenue, Taxation
Division, 1375 Sherman St., Denver, CO 80203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$246,181.61          Undetermined

**2.6**

Ector County Appraisal District, 1301 E 8th Street, Odessa, TX 79761-4703

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,622.76          $23,622.76

---

**2.7**

Eddy County Treasurer, 101 W Greene St, Ste 117, Carlsbad, NM 88220

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$926.23          $926.23

---

**2.8**

Garvin County Treasurer, 201 W Grant, Rm 9, Pauls Valley, OK 73075

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,855.17          $23,855.17

2.9

Gaye Whitehead Gray County Tax Office, PO Box 382, Pampa, TX 79066-0382

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$84,602.77          $84,602.77

2.10

Grady County Treasurer, PO Box 280, Chickasha, OK 73023

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$62,791.28          $62,791.28

2.11

Harris County WCID #84, 11111 Katy Freeway, #725, Houston, TX 77079-2197

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$830.76          $830.76

2.12

Harris County/Ann Harris Bennett Tax Assessor-
Collector & Voter Registrar, PO Box 4622, Houston,
TX 77210-4622

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**      $4,495.37      $4,495.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.13

Hockley County Tax Office, 624 Avenue H, Ste 101,
Levelland, TX 79336

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**      $24,566.51      $24,566.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.14

Howard County Tax Office, PO Box 1111, 315 S
Main, Big Spring, TX 79720-1111

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**      $29,226.70      $29,226.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.15

Internal Revenue Service, Department of the Treasury, Ogden, UT 84201-0046

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2.16

Kansas Department of Revenue, 1883 W. 21st S, Wichita, KS 67203

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          $9,636.95          Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2.17

Kingfisher County Treasurer, PO Box 148, Kingfisher, OK 73750-0148

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**          $7,547.24          $7,547.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2.18

Midland Central Appraisal District, 4631 Andrews
Hwy, PO Box 908002, Midland, TX 79708-0002

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**            $125,788.89            $125,788.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.19

Morgan County Treasurer, PO Box 593, 231 Ensign
Street, Fort Morgan, CO 80701

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**            $1,087.39            $1,087.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.20

New Mexico Taxation and Revenue Department,
PO Box 25128, Santa Fe, NM 87504-5128

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**            $706,842.04            Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

2.21

North Dakota Office of State Tax Commission, 600 E. Boulevard Ave, Dept 127, Bismarck, ND 58505

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,208.64     Undetermined

2.22

Ochiltree CAD, 825 S Main, Suite #100, Perryton, TX 79070

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$131,763.05     $131,763.05

2.23

Oklahoma County Treasurer, PO Box 268875, Oklahoma City, OK 73126-8875

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,170.22     $20,170.22

**2.24**

Oklahoma Tax Commission, 409 NE 28th St, Oklahoma City, OK 73105

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

$65,902.33    Undetermined

**2.25**

Reeves County Tax Assessor/Collector, PO Box 700, Pecos, TX 79772

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

$42,271.43    $42,271.43

**2.26**

Sheldon I.S.D. Tax Office Tax Assessor-Collector, 11411 C.E. King Parkway, Suite A, Houston, TX 77044-7192

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

$18,728.92    $18,728.92

2.27

Sterling City Tax Assessor Collector, PO Box 888,
Sterling City, TX 76951

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

$8,220.13                    $8,220.13

2.28

Tammy J. McRae Tax Assessor-Collector
Montgomery County, 400 N. San Jacinto St.,
Conroe, TX 77301

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

$53.31                    $53.31

2.29

Texas Comptroller of Public Accounts, P.O. Box
13528, Capitol Station, Austin, TX 78774

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

$35,329.53                    Undetermined

**2.30**

Weld County Treasurer, 1400 N. 17th Ave, Greeley, CO 80631

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**                    $7,411.70          $7,411.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.31**

Wheeler County Tax Office, PO Box 1060, 401 S Main, Wheeler, TX 79096

**Date or dates debt was incurred**
2020-2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8B** )

**As of the petition filing date, the claim is:**                    $21,290.12         $21,290.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Property Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.32**

Wyoming Revenue Department Sales Tax, 2020 Grand Ave, Laramie, WY 82070

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined       Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

***Use Vendor Id: Related, PO Box 933, Pampa, TX, 79065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $572.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2**

***Use Vid: Prodmanu, PO Box 21228, Dept 247, Tulsa, OK, 74121-1228

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $481.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

3-C Valve & Equipment, PO Box 5345, Kingwood, TX, 77325-5345

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $9,273.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

A & L Valve And Fittings, LP, PO Box 750276, Houston, TX, 77275-0276

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $24,754.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.5**

A Y Mcdonald Mfg, Co, PO Box 655178, Dallas, TX, 75265-5178

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,591.65
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.6**

A-1 Sign Engravers, Inc., PO Box 2641, Midland, TX, 79702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $2,656.62
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

A.S.A. And Associates, Inc, PO Box 16544, Ft Worth, TX, 76162

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,488.55
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   WB Supply LLC
         Name
                                                      Case number *(if known)* 21-10729

**3.8**

A&T Yard Service, Inc., 1305 S Hobart St, Pampa, TX, 79065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $363.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

Abbott's Oilfield Supply, Inc., PO Box 2544, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $32,090.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

Ace International, Inc, 85 Independence Dr, Taunton, MA, 02780

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $599.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Ace Specialties, Inc., PO Box 74724, Cleveland, OH, 44194-4321

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,141.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

AEG Petroleum LLC, PO Box 1003, Amarillo, TX, 79105-1003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,857.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13**

Aguilar's Corporation, 4301 Denver Street, Evans, CO, 80620

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,712.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14**

AIV LP, 22806 Northwest Lake Drive, Houston, TX, 77095

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $971.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

Alan's Auto Supply, PO Box 610, Carlsbad, NM, 88220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,728.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16

Alejandra Gallegos Prickett V Jason P. Daoust ,
C/O The Bates Law Firm,
Attn: Harry S. Bates,
630 Broadway Street, San Antonio, TX 78215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.17

Allied Fitting L.P., 7200 Mykawa Road, Houston, TX, 77033

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $5,690.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.18

Allied Hardware & Bolt, 3701 S I-35 Service Road, Okc, OK, 73129

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,110.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.19

Allred Construction Company Inc, PO Box 894, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,370.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20**

Allstates Production Equipment, PO Box 95287, Okc, OK, 73143

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $14,656.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

Ally Global Logistics, LLC, 317 Libbey Industrial Pkwy, Ste B-200, Weymouth, MA, 02189

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $133,125.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

Alpha Equipment, Inc, PO Box 2536, 1823 S Midkiff Rd 79701, Midland, TX, 79702

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $36,689.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

Alpha Machine And Repair, PO Box 429, Jourdanton, TX, 78026

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $770.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No

☑ Yes

3.24

Amarillo Battery & Golf Cart, 1700 West 3rd, Amarillo, TX, 79106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $38,916.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25

Amarillo Bolt Company, PO Box 3026, 215 N Polk, Amarillo, TX, 79116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $611.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26

Amazon Capital Services, PO Box 035184, Seattle, WA, 98124-5184

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $612.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27

Amen Oilfield Service, 24138 Wcr 38, Lasalle, CO, 80645

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $3,707.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28

American Block Mfg Co., PO Box 38266, Houston, TX, 77238

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $4,179.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.29

American Piping Prod, Inc, 825 Maryille Centre Drive, Ste 310, Chesterfield, MO, 63017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $140,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.30

American Piping Products Inc., 825 Maryille Centre Drive, Ste 310, Chesterfield, MO 63017

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.31

American Production Valve, 10125 Stafford Centre Drive, Stafford, TX, 77477

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $52,152.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.32**

American Sinker Bars, PO Box 604, Brenham, TX, 77834

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,773.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.33**

Ameripride Service, PO Box 280, Bemidji, MN, 56619-0280

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $108.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.34**

Anchor Bolt And Supply Co., PO Box 908, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $18,033.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

Anderson Reports, LLC, PO Box 737, Golden, CO, 80402

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,620.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

Angelo Water Service Culligan Water Permian, 1007 N Chadbourne, San Angelo, TX, 76903

**As of the petition filing date, the claim is:**                    $60.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

Anode Systems Company, 124 N 22Nd Court, Grand Junction, CO, 81501

**As of the petition filing date, the claim is:**                    $190,839.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

Anti-Seize Technology, 2345 N 17th Ave, Franklin Park, IL, 60131-3432

**As of the petition filing date, the claim is:**                    $330.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

Anvil International, 26009 Network Place, Chicago, IL, 60673-1260

**As of the petition filing date, the claim is:**                    $637,936.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.40**

Anytime Hotshot, LLC , 3602 W Michigan Ave, Midland, TX 79703

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41**

Anytime Hotshot, LLC, 3602 W Michigan Ave, Midland, TX, 79703

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $11,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.42**

Apache Pressure Products, 3909 Bailey Ave, Manvel, TX, 77578

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $7,795.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.43**

Apex Rem ***See Vendor Id: Elitesup, 13505 E 61St Street, Suite A, Broken Arrow, OK, 74012

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $548.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No

☑ Yes

3.44

Apex Tool Group, LLC, 62661 Collections Center Dr, Chicago, IL, 60693-0626

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $1,124.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.45

Applied Control Equipment, LLP, 13705 Compark Blvd, Englewood, CO, 80112

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $92,396.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.46

Applied Industrial Technologies, 22510 Network Place, Chicago, IL, 60673-1225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $634.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.47

Aramark, PO Box 731676, Dallas, TX, 75373-1676

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $1,556.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.48

Aramsco, Inc., PO Box 29, Thorofare, NJ, 08086

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,016.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.49

ARC Energy Fabrication LLC, 1800 S Merritt Rd, Elk City, OK, 73644

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,014.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.50

Armstrong Coffee Service, 116 S. Ward, Pampa, TX, 79065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $152.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.51

Arrow Engine Co, PO Box 203065, Dallas, TX, 75320-3065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $566.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.52

AT&T, PO Box 5019, Carol Stream, IL, 60197-5019

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $623.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53

Atp Oil Field Services, Inc., 1247 Factory Dr., Fort Lupton, CO, 80621

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,665.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

Auge Industrial Fasterners, LLC, 13050 Clay Rd, Ste 150, Houston, TX, 77041

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,605.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55

Automated Valve & Control, PO Box 930291, Atlanta, GA, 31193-0291

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $83,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56**

Axiom Technologies, LLC, PO Box 773, Spring, TX, 77383

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$636.00

**3.57**

Aztec Mfg. Parnership,Ltd, PO Box 843771, Crowley Tubing Division, Dallas, TX, 75284-3771

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,668.54

**3.58**

B & G Electric, PO Box 759, Pampa, TX, 79066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No
☑ Yes

$248.98

**3.59**

B & R Specialty Company Inc., 422 Commerce St, Pleasanton, TX, 78064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$295.52

Debtor   WB Supply LLC
         Name

Case number *(if known)* 21-10729

---

3.60

B Line Lube, PO Box 4617, Odessa, TX, 79760-4617

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.61

B-Line Filter & Supply Inc., PO Box 4598, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $33,241.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.62

Badlands Steel, Inc, PO Box 11445, Williston, ND, 58803

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $1,545.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.63

Bags, Incorporated, PO Box 671212, Dallas, TX, 75267-1212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $25,657.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.64**

Bailey's Welding & Machine LLC, PO Box 1285, Chickasha, OK, 73023

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

Baird Manufacturer Inc., PO Box 380, Tulsa, OK, 74101

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $7,522.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

Balon Corp, 3245 S Hattie, Oklahoma City, OK, 73129

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $671,037.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**

Bar-Den Overnite Express, PO Box 732, Levelland, TX, 79336

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $5,242.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

Barclay, 4301 Greenbriar, Stafford, TX, 77477

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $55,081.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69**

Barnhart Bolt & Fasteners, Inc, PO Box 69085, Odessa, TX, 79769

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $146,783.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**

Basin Block & Supply, PO Box 2455, Odessa, TX, 79762

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $3,632.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

Basin Control Products, 850 Fannin St, Beaumont, TX, 77701

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,230.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

Basin Holdings, 15425 North Freeway, Suite 350, Houston, TX, 77090

**Date or dates debt was incurred**
2/2-3/31/21

**As of the petition filing date, the claim is:**                    $125,366.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Allocated intercompany services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73**

Basin Supply LP, 15425 North Freeway, Suite 350, Houston, TX, 77090

**Date or dates debt was incurred**
12/31/20-3/31/21

**As of the petition filing date, the claim is:**                    $1,143,793.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Allocated intercompany services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74**

Bates Repair Service, LLC, PO Bx 1504, Chickasha, OK, 73023

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $435.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75**

Batteries Plus, 1107 W Drake Unit E-3, Fort Collins, CO, 80526

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,379.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

BCEJ And Company, 328 S. Eagle Lane Suite D, Oklahoma City, OK, 73128

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $182.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.77**

BDM Inc Et Al (Permian Pump), 4105 Angelina, Midland, TX, 79707

**Date or dates debt was incurred**
12/20/2013

**As of the petition filing date, the claim is:**                              $3,371,050.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan plus accrued interest

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.78**

BDM, Inc. Tim M. Maroney, Michael P. Maroney, et al. ,
C/O G. William Fowler, P.C.,
Attn: G. William Fowler ,
3800 E. 42Nd Street, Suite 600, Odessa, TX
79762

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.79**

BDM, Inc., 4105 Angelina, Midland, TX 79707

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.80

Beabout Brock Easley LLC, PO Box 847851, Dallas, TX, 75284-7851

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $2,313.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.81

Beck Resources, PO Box 175, Hennessey, OK, 73742

**Date or dates debt was incurred**
10/3/2014

**As of the petition filing date, the claim is:**              $3,673,492.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan plus accrued interest

**Is the claim subject to offset?**
☑ No

☐ Yes

3.82

Ben Mark Supply Co., PO Box 198, Midland, TX, 79702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $1,543.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.83

Bestolife, PO Box 846127, Dallas, TX, 75284-6127

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $2,010.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.84

Big Four Meter & Supply Co, PO Box 962, Sundown, TX, 79372

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,161.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

Big State Warehouse, Inc., 1153 U.S. Highway 281, Wichita Falls, TX, 76310

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13,591.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.86

Bishop Lifting Products, Inc., 125 Mccarty Street, Houston, TX, 77029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $274.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.87

BK Corrosion, LLC., Hou1007, Po Box 650998, Dallas, TX, 75265-0998

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,756.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.88

Blackhawk Industrial, Dept #5097, Po Box 219081, Ks City, MO, 64121-5097

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,224.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.89

Bob Herbert & Associates, Inc., PO Box 60673, Houston, TX, 77205-0673

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $123.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.90

Bond Coat, Inc, PO Box 60122, Midland, TX, 79711-0122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $51,558.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.91

Border State Electric - Bgs, PO Box 201889, Dallas, TX, 75320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,974.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.92**

Bowreit LLC, 4905 W Plato Rd, Duncan, OK, 73533

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,025.60

**3.93**

Boyd Metals, PO Box 19410, Oklahoma City, OK, 73144

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,637.00

**3.94**

Bradley's Oilfield Services, LLC, 2770 East State Hwy 176, Andrews, TX, 79714

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,202.48

**3.95**

Branch Energy

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.96

Brandvik Pipe And Equipment Inc, PO Box 5143, Borger, TX, 79008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,326.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No
☑ Yes

3.97

Braselton & Co., Inc., PO Box 95903, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $774.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No
☐ Yes

3.98

Brekke Storage, Inc., 105 3rd Avenue, Longmont, CO, 80501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,868.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99

Bridgestone Hosepower, PO Box 861777, Orlando, FL, 32886

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $825.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100**

Brininstool Eqmt Sales, PO Box 158, Carlsbad, NM, 88221

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $773.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.101**

Brininstool Equipment Sales, Inc, v. Basin Supply LP,
Brininstool Equipment Sales, Inc.,
502 Center Ave., Carlsbad, NM 88220

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.102**

Bulldog Safety Anchors, Inc, PO Box 60243, Midland, TX, 79711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,603.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.103**

Bulldog Specialities Ltd, PO Box 7037, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $185,148.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.104**

C & C Industries Inc - Cnc Flow, PO Box 732413, Dallas, TX, 75373-2413

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $73,778.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

C & D Lift, 1208 Ne Johnson Rd, Minco, OK, 73059

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,780.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.106**

Cable Tech Sling, 5085 Oakland St, Denver, CO, 80239

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19,120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.107**

Cactus Flow Products, 6046 Fm 2920, Suite 403, Spring, TX, 77379

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,362.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.108**

Cameron International Corp., PO Box 731412, Dallas, TX, 75373-1412

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $27,431.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.109**

Cameron Solutions Dba Process Systems, PO Box 731413, A Subsidiary Of Cameron, Dallas, TX, 75373-1413

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $13,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110**

Canada Company, 4141 S 87th East Ave, Tulsa, OK, 74145-3384

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $8,757.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.111**

Cap Logistics, PO Box 734790, Chicago, IL, 60673-4790

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $1,215.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    WB Supply LLC
          Name

Case number *(if known)* 21-10729

3.112

Capitol Mfg., PO Box 64180, Baltimore, MD, 21264-4180

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$316.18

3.113

Cardinal Hardware & Lumber, PO Box 1077, Eunice, NM, 88231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,329.52

3.114

Carlsbad Downtown Lions Club, PO Box 642, Carlsbad, NM, 88221-0642

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

3.115

Cashway Lumber, PO Box 12760, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,852.73

**3.116**

CCI Piping Systems, 1058 O'Neal Drive, Breaux Bridge, LA, 70517

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                 $19,917.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.117**

Central Freight Lines, PO Box 847084, Dallas, TX, 75284-7084

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                 $91.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.118**

Century Graphics & Sign, PO Box 1034, Midland, TX, 79702

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                 $758.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.119**

CF Service And Supply, PO Box 1385, Liberal, KS, 67905-1385

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                 $1,148.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

Champion Hi-Tech Of Oklahoma Inc., PO Box 4897, Houston, TX, 77210-4897

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,341.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121

Chaparral Bolt & Supply, PO Box 8818, Midland, TX, 79708

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,544.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.122

Chaparral Industries, Inc, 2320 Oregon St., Odessa, TX, 79764-1841

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $357.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

Charts, Ltd., 2031 Trade Drive, Midland, TX, 79706

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,904.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.124

Check-All Valve Mfg. Co., 1800 Fuller Road, West Des Moines, IA, 50265

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,741.20

3.125

Chickasha Industrial & Welding Supply, Inc., 728 South 3rd Street, Chickasha, OK, 73018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,789.61

3.126

Chickasha Lumber Company, Inc., 1620 South 4th Street, Chickasha, OK, 73018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$226.81

3.127

Chico Oilfield Services LLC, PO Box 199, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,000.00

3.128

Chief Plastic Pipe & Supply, Inc., 1237 S. Barnes St., Pampa, TX, 79065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$692.00

3.129

Cimarron Energy Inc, PO Box 4346, Houston, TX, 77210-4346

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$586.71

3.130

Cintas First Aid & Safety, PO Box 631025, Cincinnati, OH, 45263-1025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$161.38

3.131

Circor Energy Products - Valves, PO Box 120001, Dept #0843, Dallas, TX, 75312-0843

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,132.40

**3.132**

Circor Pipeline Engineering, LLC, PO Box 120001, Dallas, TX, 75312-0843

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $6,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.133**

Clay & Bailey Mfg.Co, PO Box 871460, Kansas City, MO, 64187-1460

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $570.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.134**

Closebend, Inc, 4812 West 52Nd St, Tulsa, OK, 74107-8939

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $23,715.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.135**

Clutchco International, Inc, PO Box 1448, Humble, TX, 77347

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,593.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.136

Co-Ex Pipe Company, PO Box 3507, Big Spring, TX, 79721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $37,110.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.137

Cobra Coating, PO Box 13982, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $24,830.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.138

Colorado Department Of Revenue, Denver, CO, 80261-0004

**Date or dates debt was incurred**
July 2020-March 2021

**As of the petition filing date, the claim is:**                    $246,181.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Sales Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.139

Commercial Steel Products, LLC, PO Box 674282, Dallas, TX, 75267-4282

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $89,422.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.140**

Complete Energy Services, Inc, PO Box 201653, Dallas, TX, 75320-1653

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,870.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.141**

Complete Enviromental Products, Inc, 3500 Pasadena Frwy, Pasadena, TX, 77503

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,325.95
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.142**

Connell's, 406 W. Riverside Dr., Carlsbad, NM, 88220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $122.85
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.143**

Consolidated Pipe & Supply Co., Inc, 1205 Hilltop Parkway, Birmingham, AL, 35204

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $246,517.92
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.144

Consolidated Pipe & Supply Co., Inc., 1205 Hilltop Parkway,
Birmingham, AL 35204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.145

Control Equipment, Inc, PO Box 1152, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$55,681.77

3.146

Coombes Equipment Inc., 1200 W. 2nd Street, Odessa, TX, 79763

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

$219.80

3.147

Cooper Supply Inc., 2524 Minnis Drive, Haltom City, TX, 76117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$113,752.98

3.148

Cooper Supply, Inc, 2524 Minnis Drive, Haltom City, TX 76117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.149

Corley Paper & Packaging, 2601 SE Loop 289, Lubbock, TX, 79404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $90.09
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.150

Corpus Christi Gasket & Fastener, Inc, PO Box 4074, Corpus Christi, TX, 78469

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,656.19
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.151

Cougar Cleaning Equipment-Od, PO Box 13985, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $455.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.152**

Cross Country Infrastructure Svc Inc, 2251 Rifle St, Aurora, CO, 80011

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,916.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.153**

Crume Sales, Inc., PO Box 69438, Odessa, TX, 79769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $23,609.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.154**

Culligan Water Condition, PO Box 1597, Pampa, TX, 79066-1597

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $53.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.155**

Cutting Edge Advertising, Inc, 5107 Wayland Dr, Ste 3, Odessa, TX, 79762

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $919.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.156**

Cyclonic Valve Company, Inc, 2349 West Vancouver, Broken Arrow, OK, 74012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $116,085.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.157**

D & A Specialties, 2325 Iberis Rd, Abilene, TX, 79606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,388.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.158**

D & E Electric, LLC, PO Box 80291, Midland, TX, 79706

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $188.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.159**

Dale-Ann Co, Inc, PO Box 2213, Pampa, TX, 79066-2213

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $112.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

3.160

Dandy Specialties Inc, Dept 207, Po Box 4346, Houston, TX, 77210-4346

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $34,266.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

Daniel Castillo,

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $173.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

David M Ramirez, PO Box 1477, Roswell, NM, 88202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $72,477.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.163

Davis-Valve, 2165 Latham St, Memphis, TN, 38109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,151.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

Dbe Manufacturing, 431 5th St., Greeley, CO, 80631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $60,718.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.165**

DBI, 445 Fm 20, Bastrop, TX, 78602

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,125.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.166**

Dealers Electric, PO Box 2535, Waco, TX, 76702-2535

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.167**

Deeco Hose & Belting, Inc., PO Box 3337, Lubbock, TX, 79452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $662.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.168**

Dickey Oilfield Sales Co, 2211 Hwy 79 South, Wichita Falls, TX, 76310

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,824.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.169**

Direct Energy Business, PO Box 660749, Dallas, TX, 75266

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $48.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.170**

Discount Tire & Service, 120 18th Street, Greeley, CO, 80631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $586.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.171**

Distribution Now, PO Box 200822, Dallas, TX, 75320-0822

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,202.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.172

Dixie Pipe Sales, Inc, HU1111, PO Box 650998, Dallas, TX, 75365-0998

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$192,226.88

3.173

Dodson Global Inc, 2330 Holmes Road, Houston, TX, 77051-1098

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$72,018.27

3.174

Double T Industries, PO Box 401, Rolla, KS, 67954

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,298.75

3.175

Drillmax, Inc., 6735 Theall Rd, Houston, TX, 77066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,489.43

**3.176**

DSV Road Inc., Dept Ch 10902, Palatine, IL, 60055-0902

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.177**

Duke Controls, Inc, PO Drawer 4669, Corpus Christi, TX, 78469

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,805.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.178**

Duke Controls, Inc., Po Drawer 4669, Corpus Christi, TX 78469

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.179**

Dutton Farm & Supply, 405 SE4th St, Lindsay, OK, 73052

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,075.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.180**

Dxp Enterprises Inc., PO Box 840511, Dallas, TX, 75284-0511

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $15,840.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.181**

Eaton Sales & Service LLC, PO Box 16405, Denver, CO, 80216-0405

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $30.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182**

Echo Global Logistic Inc, 22168 Network Place, Chicago, IL, 60673-1221

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $34,033.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.183**

Edna Lavada Mills et al v Guillermo Osornia et al,
C/O Doyle Restrepo Harvin & Robbins,
Attn: James E Doyle Michael D. Robbins,
440 Louisiana Street, Suite 2300, Houston, TX 77002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

Edna Lavada Mills et al v Guillermo Osornia et al,
C/O Hammons Law Firm,
Attn: Allen J. Hammons, Jr.,
305-A West Broadway, Brownfield, TX 79316

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

EGW Utilities, Inc, 1406 Hutton Drive, Carrollton, TX, 75006

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,036.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186

Eide Bailly LLP, 400 Pine St, Ste 600, Abilene, TX, 79601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,008.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.187

Electronic Data Devices, PO Box 12128, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,179.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.188

Electronic Design For Industry, 100 Ayers Blvd., Belpre, OH, 45714

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,597.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.189

Elite Supply Partners, PO Box 946, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $10,119.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No

☑ Yes

3.190

Elliott Electric Supply Inc, PO Box 630610, Nacogdoches, TX, 75963-0610

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,091.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

3.191

Ellis Manufacturing Co., PO Box 5152, Midland, TX, 79704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $8,732.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

Ellis Sales, PO Box 5312, Midland, TX, 79704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $20,740.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

Endurance Lift Solutions, PO Box 843175, Dallas, TX, 75284-3175

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,932.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No
☑ Yes

3.194

Enduro Pipeline Services Inc, PO Box 3489, Tulsa, OK, 74101-3489

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,505.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195

Enduro-Bond Manufacturing Company, LLC, PO Box 14726, Okla City, OK, 73113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $753.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196

Energy Metals, Inc., Dept 659, Po Box 4346, Houston, TX, 77210-4346

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $3,808.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.197

Energy Meter Systems LLC, 1161 S Main, Hennessey, OK, 73742

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No
☑ Yes

3.198

Energy Sales LLC, PO Box 31001-2641, Pasadena, CA, 91110-2641

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $152,342.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.199

Energy Valves, LLC, PO Box 82037, Lafayette, LA, 70598-2037

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $8,300.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

Engineered Equipment, Inc, PO Box 2931, Casper, WY, 82602

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $19,027.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.201**

Enterprise Fleet Management, PO Box 800089, Kansas City, MO, 64180-0089

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $3,387.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.202**

Enverus/Rigdata, PO Box 840439, Dallas, TX, 75284-0439

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $682.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.203**

Equipment Depot, PO Box 209004, Dallas, TX, 75320-9004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $953.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.204

Esquaredi, Inc., 4219 N. County Rd West, Odessa, TX, 79764

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $4,201.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.205

Excalibur Oilfield Supply, PO Box 13058, Oklahoma City, OK, 73113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $632.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.206

Expedited Logistics And Freight Svcs, LLC, 4740 Consulate Plaza Dr, Houston, TX, 77032

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $8,325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.207

Family Concepts, Ltd, PO Box 551236, Gastonia, NC, 28055-1236

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $363.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.208**

Fanshier Corrosion Service, 2010 North Us Hwy 281, Great Bend, KS, 67530-8712

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $276.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.209**

Farwest Corrosion Control, 12029 Regentview Ave, Downey, CA, 90241-5517

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $109.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.210**

Fastenal Company, PO Box 1286, Winona, MN, 55987-1286

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,819.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.211**

Fcx Performance, Inc., PO Box 712465, Columus, OH, 45271-2465

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $940.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.212**

Federal Flange, Inc, PO Box 925097, Houston, TX, 77292-5097

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,882.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.213**

Fedex Frieght, PO Box 10306, Palatine, IL, 60055-0306

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,239.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.214**

Ferguson Enterprises, LLC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.215**

Ferguson Enterprises, LLC, PO Box 802817, Chicago, IL, 60680-2817

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $96.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

Case 21-10729-BLS     Doc 17     Filed 04/21/21     Page 96 of 229

**3.216**

Ferguson Enterprises, LLC, Wolseley Industrial Group ,
C/O Matthews, Shiels, Knott, Eden, Davis & Beanland, LLC,
Attn:  Misti L. Beanland & Marlene D. Thomson,
Crosspoint Atrium, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.217**

Ferguson Waterworks, PO Box 847411, Dallas, TX, 75284-7411

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$142.70

**3.218**

Fiberglass & Composites Tech, 10180 SW Blvd, Wichita, KS, 67215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$907.38

**3.219**

Fibergrate Composite Structures, Inc., PO Box 931944, Cleveland, OH, 44193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,948.00

3.220

Flameco Industries, Inc, PO Box 4303, Tulsa, OK, 74159

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,000.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.221

Fleet Hoster, LLC, 922 Hwy 81 E, Ste 350, Mcdonough, GA, 30252

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,711.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.222

Flow-Zone LLC, Dept 248, Po Box 4346, Houston, TX, 77210-4346

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,978.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.223

Fluid Sealing Products, 155 Southbelt Industrial Dr., Houston, TX, 77047

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $52,913.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.224

Fmh Material Handling Solutions, PO Box 5052, Denver, CO, 80217

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $539.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.225

Forged Components Inc, 14527 Smith Road, Humble, TX, 77396

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,149.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.226

Forrest Bros Tire & Align, 2525 E 8th St, Odessa, TX, 79761

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $522.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.227

Forrest Tire, PO Box 1778, Carlsbad, NM, 88221-1778

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,007.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.228**

Forum Energy Technologies, 10344 Sam Houston Park Drive, Suite 300, Houston, TX, 77064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $20,706.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.229**

Four States Gasket & Rubber, Inc, 475 E. Cedar, Farmington, NM, 80603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $5,491.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.230**

Fox Rothschild LLP, Attn: Accounts Receivable - 77, 2000 Market Stree, 20Th Floor, Philadelphia, PA, 19103-3222

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,961.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231**

Fp Mailing Solutions, 140 N. Mitchell Ct., Suite 200, Addison, IL, 60101-5629

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $61.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

Fred Brewer Sales Inc, PO Box 376, Elgin, OK, 73538

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,980.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233

Fronk Oil Company, PO Box F, Booker, TX, 79005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $205.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.234

Frontier Tubular Solutions, Dept 151, Po Box 4346, Houston, TX, 77210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,145.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

Garfield Steel And Machine Inc, 1815 Airport Rd, Rifle, CO, 81650

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $135.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.236

Garvin County Treasurer, 201 W Grant, Room 9, Pauls Valley, OK, 73075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,657.84

3.237

Gasket Service, Inc., Po Box 2373, Odessa, TX 79760

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.238

Gasket Service, Inc., PO Box 2373, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$78,232.69

3.239

Gator International, 113-437 Martin St, Suite 212, Penticton, BC, V2A5L1, Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,272.01

3.240

General Air Service & Supply, 1105 Zuni St, Denver, CO, 80204-3338

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,503.57

3.241

Georg Fischer LLC (Piping), PO Box 504727, St Louis, MO, 63150-4727

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,052.75

3.242

Geotab Inc., Dept Ch 17089, Palatine, IL, 6005-7089

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,505.34

3.243

GF Lasswell Company, PO Box 262373, Houston, TX, 77207-2373

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,343.31

3.244

GM Sales Co., PO Box 21228, Dept. #317, Tulsa, OK, 74121-1226

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,405.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.245

Graham Data, PO Box 2901, Amarillo, TX, 79105

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $562.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.246

Grainger, PO Box 419267, Dept. 800239303, Kansas City, MO, 64141-6267

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,133.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.247

Grand Junction Pipe, PO Box 802817, Chicago, IL, 60680-2817

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $421.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.248

Graybar, 12437 Collections Center Drive, Chicago, IL, 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $1,391.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.249

Great Plains Steel, Inc., PO Box 2916, Lubbock, TX, 79408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $25,927.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.250

Greenwood Office Outfitters, Inc, 2501 Suffolk Drive, Ste 640, Fort Worth, TX, 76133

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $276.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.251

Gulf Coast Bag Co.-Lubbock, 4422 W 12th St., Houston, TX, 77055-7203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $780.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.252

Gulf Manufacturing, Lockbox #679565, 1200 E. Campbell Rd, Suite 108, Richardson, TX, 75081

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $61,023.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.253

H & S Hose & Oilfield Supply Inc., 107 Nw 2Nd St., Lindsay, OK, 73052

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $12,390.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

H And B Sales Company, PO Box 570, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $124.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255

Hall Machine & Welding Co. Inc, 102 W. Mermod Street, Carlsbad, NM, 88220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $27,618.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.256

Hammer Construction, Inc, PO Box 721078, Norman, OK, 73070-4830

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $390.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.257

Happy State Bank, 1125 North Hobart Street, Pampa, TX, 79065

**Date or dates debt was incurred**
4/13/2020

As of the petition filing date, the claim is: $3,038,727.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PPP Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258

Hard Hat Safety & Glove LLC, 6015 S I-35 Service Road, Oklahoma City, OK, 73149

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,114.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.259

Harvey's Electric, 413 S Ash, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $246.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260**

Hatfield And Company, PO Box 910862, Dallas, TX, 75391-0862

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $27,442.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.261**

Healthcare Service Corporation, 1001 E Lookout Drive, Richardson, TX 75082

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $140,467.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Service

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.262**

Heap Equipment Company, PO Box 1108, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,259.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.263**

Hector Rodriguez Jr, 1927 S Park, Pecos, TX, 79772

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.264

Hefley Hardware, PO Box 467, Wheeler, TX, 79096

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $708.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.265

Henderson Supply, PO Box 906, Duncan, OK, 73534

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $809.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.266

Henry H Paris Distr Inc, 21325 Inverness Forest Blvd., Houston, TX, 77073

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.267

Hess Family Ltd. Partnership, PO Drawer 2479, Pampa, TX, 79066

**Date or dates debt was incurred**
11/9/2012

As of the petition filing date, the claim is:                    $11,385,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan plus accrued interest

**Is the claim subject to offset?**
☑ No

☐ Yes

3.268

Higginbotham Bartlett-Levelland, PO Box 392, Comanche, TX, 76442

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $710.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.269

High Country Fusion, PO Box 509, Fairfield, ID, 83327

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $711.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.270

High Performance Exterior & Glass, PO Box 2353, Pampa, TX, 79066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $133.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.271

Hilco Real Estate Appraisal, LLC, 5 Revere Drive, Ste 410, Northbrook, IL, 60062

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,855.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.272

Hill Petroleum, 6301 Ralston Rd, Arvada, CO, 80002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,295.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.273

Hill's Specialty Company, Inc., PO Box 69070, Odessa, TX, 79769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,540.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.274

Hixon Mfg. & Supply Co., 1001 Smithfield Drive, Ft. Collins, CO, 80524

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $243.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.275

Hodge Products, Inc, PO Box 1326, El Cajon, CA, 92022-1326

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,368.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.276**

Hoff Company Inc, 6248 South Troy Circle, Unit D, Centennial, CO, 80111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,415.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.277**

Honetreat, 901 N Crowley Rd, Crowley, TX, 76036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $8,751.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.278**

Horizon Cable Service Inc, PO Box 270895, Oklahoma City, OK, 73137-0895

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,686.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.279**

Horizon Oil Field Services, Inc, 2025 80th Avenue Crt, Greeley, CO, 80634

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $15,990.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.280**

Hose & Rubber Supply, PO Box 158, Randolph, UT, 84064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,716.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.281**

Hose of South Texas, PO Box 9576, Corpus Christi, TX, 78469-9576

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,016.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.282**

Houston Oilfield Equipment Inc, 9669 Port Erroll, Houston, TX, 77095

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.283**

Howard Supply Company, PO Box 650707, Dallas, TX, 75265-0707

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $126.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.284

Hudson Energy Services, LLC, PO Box 731137, Dallas, TX, 75373-1137

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $390.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.285

Hydradyne LLC, 15050 Faa Blvd, Ft Worth, TX, 76155

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $90.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.286

Industrial Specialties, PO Box 848545, Dallas, TX, 75284-8545

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,131.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.287

Industrial Valco, Inc., 3135 E. Ana St., Rancho Dominguez, CA, 90221

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $162,977.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.288

Installoy Internat'L Stainless & Alloy, Dept 659, Po Box 4346, Houston, TX, 77210-4346

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $5,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.289

Instrument Maintenance Co, PO Box 1245, Abilene, TX, 79604-1245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                       $21,792.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.290

Insulation Snakes, 6840 Trade Center Ave, For Insulation Snakes, Billings, MT, 59101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $939.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.291

Inter-Mountain Pipe And Threading Co, PO Box 1840, Mills, WY, 82644-1840

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $2,332.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.292**

International Paint, LLC, PO Box 847202, Dallas, TX, 75284-7202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $1,408.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.293**

International Pipe Supply, 3300 Aluma Valley Drive, Oklahoma City, OK, 73121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $9,575.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.294**

Interstate All Battery Center, 2323 S Georgia, Amarillo, TX, 79109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $284.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.295**

Interstate Battery Of Western Oklahoma, 3108 S 4Th, Chickasha, OK, 73018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $1,210.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296

Interstate Battery Sys/ W. Tx, PO Box 60264, Midland, TX, 79711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $272.10
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.297

IPEX USA, LLC, 3406 Momentum Place, Chicago, IL, 60689-5334

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $7,816.60
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.298

Iron Mule Products,Inc., PO Box 238, Cassville, MO, 65625

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $44,707.44
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.299

Iron Specialties Inc, 565 25 Rd # 108, Grand Junction, CO, 81505

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $2,445.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.300**

ISCO Industries, 1974 Solutions Center, Chicago, IL, 60677-1009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,814.51

**3.301**

J & E Supply & Fastener Co., PO Box 19466, Oklahoma City, OK, 73144

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,150.07

**3.302**

J & J Pipe Supply LLC, 303 Westwood, Carlsbad, NM, 88220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,051.20

**3.303**

J-Mac Sales, Ltd, PO Box 13692, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,715.00

3.304

J-Tex Wipers, PO Box 3547, El Paso, TX, 79923

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.305

Jatco Inc, 244 NW 111th St, Oklahoma City, OK, 73114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,606.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.306

Jay Courtney Company, PO Box 20026, Oklahoma City, OK, 73156-0026

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $130,636.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.307

Jim's Bearing & Supply, 307 S Main, Borger, TX, 79007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,100.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.308**

Jordan Wire Rope, 2400 W 56th Street, Odessa, TX, 79764

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,518.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.309**

Jva Sales, PO Box 337301, Greeley, CO, 80633

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,447.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.310**

JWD International Marketing Inc., PO Box 1000, Skiatook, OK, 74070-5000

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,714.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.311**

Kansas Department Of Revenue, 1883 W. 21St S, Wichita, KS, 67203

**Date or dates debt was incurred**
March 2021

As of the petition filing date, the claim is:                    $9,636.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Sales Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

3.312

Karma Trucking, 3521 Brentwood Dr., Odessa, TX, 79762

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,564.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.313

Kaul Corporation, 14189 W Amherst Ave, Suite J, Lakewood, CO, 80228

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,045.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.314

KBK Industries, Inc., PO Box 650020 Dept #41979, Dallas, TX, 75265-0020

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $61,510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.315

Keckley Company, 3400 Cleveland Street, Skokie, IL, 60076

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,066.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    WB Supply LLC
Name

Case number *(if known)* 21-10729

3.316

Kemper Valve & Fittings Corp, 29423 Network Place, Chicago, IL, 60673-1294

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $111,540.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.317

KF Valves, LLC, PO Box 843143, Dallas, TX, 75284-3143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,256.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.318

Kimray Oil & Gas Equip, PO Box 248869, Oklahoma City, OK, 73124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $91,589.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.319

King Of Freight LLC vs Basin Supply LP, and WB Supply, LLC,
C/O Klenda Austerman LLC,
Attn: Joseph A. Dempewolf,
301 N. Main, 1600 Epic Center, Wichita, KS 67202-4816

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.320

King Of Freight, PO Box 49170, Wichita, KS, 67201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $6,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.321

Klinger-Gpi, PO Box 229, Borger, TX, 79007-0229

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $533.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.322

Knighten Machine & Service, Inc., PO Box 12587, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $5,110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.323

Knox Oil Field Supply, Inc., 22510 Network Place, Chicago, IL, 60673-1225

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $405.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324**

L&J Services Incorporated, PO Box 67, Lake Arthur, NM, 88253

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,075.48
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.325**

Lacar Tube Co, PO Box 271804, Okla City, OK, 73137

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,200.80
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.326**

Ladd Equipment, PO Box 95844, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $5,226.75
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.327**

Lamons , PO Box 203061, Dallas, TX, 75320-3061

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $13,895.38
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.328

Lamons Sealing Global, PO Box 654340, Dallas, TX, 75265-4340

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,100.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.329

Lamot Corp., PO Box 956897, St. Louis, MO, 63195-6897

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,285.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.330

Landers Septic & Concerte, 8917 N Us Hwy 87, San Angelo, TX, 76901

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.331

Larkin Products, Inc., PO Box 3644, Tulsa, OK, 74101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,436.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.332**

Larry Baker Plbg., Htg, & AC, PO Box 2214, Pampa, TX, 79066-2214

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,315.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.333**

Lasco Fittings Inc, 16678 Collection Center Dr, Chicago, IL, 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $657.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.334**

Latham Printing Co., 820 N. Dixie, Odessa, TX, 79761

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,881.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.335**

Lbmc Technology Solutions, LLC, PO Box 1869, Brentwood, TN, 37024-1869

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $67,606.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    WB Supply LLC
Name

Case number *(if known)* 21-10729

3.336

Life Insurance Of North America, 1601 Chestnut Str, Two Liberty Place, Philidelphia, PA, 19192

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,380.99

3.337

Lobo Nut & Bolt, Inc., 708 West Marland, Hobbs, NM, 88240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,915.90

3.338

Logistics, PO Box 481931, Charlotte, NC, 28269

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,080.31

3.339

Lone Star Gasket & Supply, Inc, PO Box 2615, Attn: Accounts Receivable, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$44,816.55

**3.340**

Lone Star Storage Trailers II Ltd, 1095 E. Phillip Nolan Expy,
Nolanville, TX, 76559

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $1,363.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.341**

Lonestar Sealing Technology, 24131 W. Hardy Rd, Spring, TX, 77373

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $10,371.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.342**

Lowes, PO Box 530954, Atlanta, GA, 30353-0954

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $6,110.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.343**

Lubbock Gasket & Supply, PO Box 2154, Lubbock, TX, 79408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $285.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.344

Lundvall Enterprises, Inc., 15487 Wcr 46, Lasalle, CO, 80645

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $14,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.345

M & M Equipment Company, PO Box 1293, Great Bend, KS, 67530

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $45,200.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.346

M & M Excavating, Inc, PO Box 1120, Carlsbad, NM, 88221

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $2,119.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.347

M & M Insulation, 1625 S Missouri, Oklahoma City, OK, 73129

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $2,830.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.348

M & M Mechanical Inc, PO Box 5684, Midland, TX, 79704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $615.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.349

M & M Sales & Equipment, Inc., 2639 Kermit Hwy, Odessa, TX, 79763

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,477.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.350

M & P Flange & Pipe Protection Inc., 9426 Katy Fwy, Bldg # 11, Houston, TX, 77055

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $988.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.351

M5 Incorporated, PO Box 272216, Oklahoma City, OK, 73137

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,754.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.352**

Mable Stone, Individually Vs Redhawk Swd,
Kris Ted Ledford,
Heritage Professional Plaza, 425 East 22Nd Street, Suite 101,
Owasso, OK 74055

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.353**

Madden Sales & Serv, Inc, PO Box 3826PO Box 3826, Odessa, TX,
79760-3826

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $46,540.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.354**

Magid Glove & Safety, PO Box 95081, Chicago, IL, 60694-5081

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $250.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.355**

Major Manufacturing & Supply, LLC, PO Box 1063, Youngsville, LA,
70592

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,435.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.356

Makena Sales Co,Inc., Po Box 9197, Wichita Falls, TX, 76308

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $198,661.15
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.357

Mako Products, PO Box 5365, Edmond, OK, 73083

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $94,273.93
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.358

Malcom Supply, Dept 207, Po Box 4346, Houston, TX, 77210-4346

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,193.30
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.359

Marmon/Keystone Corp., PO Box 96657, Chicago, IL, 60693

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $10,703.92
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.360

Marsh Bellofram Corp, PO Box 772254, Detroit, MI, 48277-2254

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,862.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.361

Marshall Auto - 235, PO Box 451, Wheeler, TX, 79096

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,005.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.362

Marshall Auto Parts -210, 327 W Kansas Ave, Chiickasha, OK, 73018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $565.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.363

Marshall-Rodeno Associate, 5700 E. 39th Avenue, Denver, CO, 80207

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,436.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364**

Martel's Machine Shop, Inc, 330 S. Grandview, Odessa, TX, 79761

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $9,975.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.365**

Martin Brothers Work Wear, 105 Main St, Wright City, OK, 74766

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $1,501.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.366**

Master Flo Valve (USA), Inc, 8726 Fallbroook Drive, Houston, TX, 77064

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $13,162.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.367**

Master Pumps & Equip Co, PO Box 678483, Dallas, TX, 75267

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $5,467.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.368**

Masterlube, 1221 West Pierce, Carlsbad, NM, 88220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $728.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.369**

Mat's Maintenance Svc, 2311 Elizabeth Ave, Midland, TX, 79701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $13,274.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.370**

Matheson Tri-Gas, Inc., PO Box 123028, Dept. 3028, Dallas, TX, 75312

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $19.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.371**

Maven Concrete LLC, PO Box 550, Wiggins, CO, 80654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $6,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.372

Max's Services, PO Box 173, Pleasanton, TX, 78064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $110.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.373

Mayco Inc, PO Box 94070, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $243,723.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.374

Mayoco Mfg., 9931 S Hwy 99, Drumright, OK, 74030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,706.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.375

Mcafee Machine, Inc, PO Box 69038, Odessa, TX, 79769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,889.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.376

Mccarty Equipment, PO Box 841388, Dallas, TX, 75284-1388

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $194,492.83
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.377

Mccord Testing Equipment Inc, PO Box 392, Mustang, OK, 73064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $546.15
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.378

Mccoys Building Supply, PO Box 1362, San Marcos, TX, 78667

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $232.39
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.379

McFall & Maulsby, LLC, 4645 Avon Ln, Ste 160B, Frisco, TX, 75033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,668.82
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.380

MCPC Computer Supplies, PO Box 643283, Pittsburgh, PA, 15264-3283

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,074.88

3.381

Meade O'Brien Products, PO Box 412461, Ks City, MO, 64141-2461

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,585.60

3.382

Medley Material Handling, PO Box 258881, Section 345, Oklahoma City, OK, 73125-8881

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$855.58

3.383

Mercer Innovation, LLC, 512 N Morgan Rd, Oklahoma City, OK, 73127

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$664.26

3.384

Mercer Valve Co, Inc., PO Box 270970, Oklahoma City, OK, 73137

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $6,174.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.385

Mesquite Technologies LLC, 2301 Denton Drive, Ste J, Austin, TX, 78758

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $4,371.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.386

Method Flow Products, LLC, PO Box 156, Eaton, CO, 80615

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $348.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No
☑ Yes

3.387

Metro Industries, Inc., 4018 E. 137th Terrace, Grandview, MO, 64030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $3,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.388**

Michael P. Maroney

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.389**

Microfinish Valves, Inc, 7807 Bluff Point Dr., Ste 190, Houston, TX,

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $17,930.55
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.390**

Mid-America Rigging LLC, 303 North Villa, Oklahoma City, OK, 73107

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $551.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.391**

Mida Sales Inc., PO Box 12362, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $40,066.48
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.392**

Midland Fire Extinguisher, 2726 W. Front St., Midland, TX, 79701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $303.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.393**

Midwest Hose & Specialty, PO Box 96558, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $14,244.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.394**

Midwestern Pipeline Products, PO Box 268860, Oklahoma City, OK, 73126-8860

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $31,112.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.395**

Milford Pipe, 7607 W Industrial Ave, Midland, TX, 79706

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.396

Millcorp Industrial Sales, LLC., PO Box 10266, Corpus Christi, TX, 78460

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $23,932.58
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.397

Miller & Law, PC, 1900 Littleton Blvd, Littleton, CO, 80120

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $2,097.10
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.398

Minnesota Flexible Corp, 305 Bridgepoint Dr., Ste 400, South St Paul, MN, 55075

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $1,206.38
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.399

Modco Industries LLC, PO Box 25277, Overland Park, KS, 66225

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $2,440.63
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.400**

Monster Services,Llc, PO Box 1594, Elk City, OK, 736448

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $8,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.401**

Motion & Flow Control Products, Inc., 8433 Solution Center, Chicago, IL, 60677-8004

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $14,365.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.402**

Motion Industries, Inc., PO Box 849737, Dallas, TX, 75284-9737

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $8,017.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.403**

Mountain States Commercial CCM, 333 W. Hampden Ave., Suite 820, Englewood, CO, 80110

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $6,708.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.404**

MPI Warehouse Specialty, PO Box 940, Casper, WY, 82602-0940

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $74,925.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.405**

MPS Enterprises, Inc.v WB Supply LLC ,
C/O Atkins, Hollman, Jones, Peacock, Lewis & Lyon, Inc.,
Murray A. "Trey" Crutcher, III & Alex E. Reynolds,
3800 E. 4nd Suite 500, Odessa, TX 79762

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.406**

MRC Global, PO Box 204392, Dallas, TX, 75320-4392

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $23,476.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.407**

MSC Industrial Supply Co. Inc., Dept Ch 0075, Po Box 953635, St. Louis, MO, 63195-3635

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $10,820.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.408

MTE Holdings LLC, et al, ,
C/O Cross & Simon, LLC,
Attn: Christopher P. Simon,
1105 N. Market Street, Suite 9021, Wilmington, DE 19802

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

3.409

MTE Holdings LLC, et al,
C/O Snow Spence Green LLP ,
Attn: Phil F. Snow; Kenneth Green; Blake Hamm,
2929 Allen Parkway, Suite 2800 , Houston, TX 77019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

3.410

MTE Holdings LLC., Et Al., C/O Cross & Simon, LLC Attn: Christopher
Simon, Wilmington, DE 19801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

3.411

Munro Supply Inc, PO Box 519, Grand Junction, CO, 81502

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,015.20

3.412

Murdoch's Ranch And Home Supply LLC,Greeley, 310 8th Street, Greeley, CO, 80631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $79,105.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.413

Murdoch's Ranch And Supply LLC, 310 8th Street, Greeley, CO, 80631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $105.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.414

Mustang Lumber, 115 South Main Street, Andrews, TX, 79714

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $541.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.415

My Office Etc, 671 Academy Ct, Unit C, Windsor, CO, 80550

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $934.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.416

Myers-Aubrey Co., PO Box 470370, Tulsa, OK, 74147

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $6,344.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☒ No
☐ Yes

3.417

Nabors Welding & Sup., PO Box 774, Lindsay, OK, 73052

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $2,638.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☒ No
☐ Yes

3.418

Nacm Southwest, 751 Plaza Blvd, Coppell, TX, 75010

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,124.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☒ No
☐ Yes

3.419

Net Profit Inc, 3201 Commercial Drive, Midland, TX, 79701

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,345.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.420**

Netco, PO Box 60063, San Angelo, TX, 76906

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $3,396.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.421**

New Mexico Taxation And Revenue Department, PO Box 25128, Santa Fe, NM, 87504-5128

**Date or dates debt was incurred**
April 2020- March 2021

As of the petition filing date, the claim is: $706,842.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Sales Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.422**

New Pig Corporation, One Pork Avenue, Tipton, PA, 16684

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $3,172.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.423**

Newco Inc, 619 6th Ave, Greeley, CO, 80631

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $4,089.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.424**

Nextgen Software, Inc., 11756 E Evans Ave, Suite 202, Aurora, CO, 80014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,656.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.425**

Nipco, Inc., PO Box 69240, 2104 West 42Nd Street, Odessa, TX, 79769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $101.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426**

Norris, A Dover Company, PO Box 730187, Jp Morgan Chase Bank, N.A., Dallas, TX, 75373-0187

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,573.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.427**

North Dakota Office Of State Tax Commission, 600 E. Boulevard Ave, Dept 127, Bismarck, ND, 58505

**Date or dates debt was incurred**
March 2021

**As of the petition filing date, the claim is:**                    $2,208.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Sales Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

3.428

North Park Transportation, 5150 Columbine Street, Denver, CO, 80216

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $443.03
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.429

Norton Rose Fulbright Us LLP, 1301 Mckinney Suite 5100, Houston, TX, 77010-3095

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $45,638.17
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.430

Nov Fiber Glass Systems, PO Box 201167, Dallas, TX, 75320-1167

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $7,849.69
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.431

Nov Process Flow Technologies Us, Inc, PO Box 207068, Dallas, TX, 75320-7068

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $102,680.63
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.432**

Nov Tuboscope, PO Box 201177, Dallas, TX, 75320-1177

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,091.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.433**

Novaflex Group, Novaflex Hose Inc., 449 Trollingwood Road, Haw River, NC, 27258

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,230.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.434**

NRG Transportation, LLC, PO Box 9084, Wichita Falls, TX, 76308

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,825.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.435**

Nuts, Bolts & Supply, PO Box 124, Borger, TX, 79007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $499.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.436

NWCAT LLC, 685 W Gunnison #106, Grand Junction, CO, 81501

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $11,357.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.437

O'Tool Industries, PO Box 1917, Lubbock, TX, 79408

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $725.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.438

Odessa Nut & Bolt Inc, PO Box 69307, Odessa, TX, 79769

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $20,875.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.439

Odessa Pumps And Equipment, Inc, Po Box 207614, Dallas, TX 75320-7614

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.440**

Odessa Pumps, PO Box 207614, Dallas, TX, 75320-7614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $9,417.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.441**

Odessa Seperator Inc, 1001 E. Pearl St., Odessa, TX, 79763

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,570.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.442**

Office Depot, Inc., PO Box 88040, Chigaco, IL, 60680-1040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,252.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.443**

OFS Oilfield Services & Technologies LLC, PO Box 732830, Dallas, TX, 75373-2830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.444

Oil & Gas Equipment Corp, PO Box 459, Colorado Branch, Flora Vista, NM, 87415

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,812.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.445

Oil Field Components, Inc, 11269 Windfern Rd, Suite A, Houston, TX, 77064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,878.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.446

Oil Filter Company, 1410 SW 3rd, Oklahoma City, OK, 73108-1488

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,831.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.447

Oil States Piper Valve, PO Box 200149, Dallas, TX, 75320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,224.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.448

Oilfield Distribution Specialists LLC, 4025 Shady Lane, Enid, OK, 73703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $8,535.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.449

Oilfield Equipment & Mfg. Inc., 7801 North Harrison, Shawnee, OK, 74804

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $13,897.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.450

Oilfield Specialty Dist, PO Box 95325, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,382.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.451

Oklahoma Pipe Sales, Inc, PO Box 1482, Seminole, OK, 74818

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $0.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.452

Oklahoma Tax Commission, 409 Ne 28th St, Oklahoma City, OK, 73105

**Date or dates debt was incurred**
Jan 2021-Mar 2021

**Basis for the claim:**
Unpaid Sales Taxes

**As of the petition filing date, the claim is:**  $65,902.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☑ No
☐ Yes

3.453

OLG Propane, 4308 Hwy 81 S, Chickasha, OK, 73018-9982

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**As of the petition filing date, the claim is:**  $290.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☑ No
☐ Yes

3.454

Opeco, Inc., PO Box 94430, Oklahoma City, OK, 73143-4430

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**As of the petition filing date, the claim is:**  $70,150.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☑ No
☐ Yes

3.455

OWI Sales, PO Box 3862, Victoria, TX, 77903

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**As of the petition filing date, the claim is:**  $418.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.456**

P & S Transport, PO Box 8250, Ensley, AL, 35218

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $7,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.457**

P & W Sales, Inc., 405 N. Hwy 135, Kilgore, TX, 75662

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $4,649.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.458**

Page Wire Rope & Slings, Inc., PO Box 41047, Baton Rouge, LA, 70835

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $126.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.459**

Pampa Machine & Sply, PO Box 2558, Pampa, TX, 79065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $510.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.460

Panatrack, Inc, 1320 Walnut Ridge Drive, Suite 250, Hartland, WI, 53029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $9,599.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.461

Panhandle Compression Inc, 106 N Fir, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $507.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.462

Parachute Auto Parts, PO Box 231, Parachute, CO, 81635

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $366.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.463

Paradigm Valve Group, LLC, 117 Pennington St, Buffalo Gap, TX, 79508

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $17,636.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.464**

Parks Coffee, PO Box 110209, Carrollton, TX, 75011-0229

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $485.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.465**

Parts In General Supply, PO Box 236, Pampa, TX, 79066-0236

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,503.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.466**

Paul Transportation, Inc., PO Box 116805, Carrollton, TX, 75011-6805

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.467**

Permian Basin Filter Service, 2901 W Francis Ave, Midland, TX, 79701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $479.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.468

Permian Rod Operations, LLC, PO Box 12907, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $342.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.469

Perryton Tele Answ Serv, PO Box 288, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $729.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.470

Petroleum Pipe Americas Internat'L Corp, 1800 West Loop South, Suite 1755, Houston, TX, 77027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $223,628.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.471

Pioneer Supply, 2008 Pole Road, Moore, OK, 73160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $678.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    WB Supply LLC
Name

Case number *(if known)* 21-10729

**3.472**

Pipe Tech, 3311-114 Avenue S.E., Calgary, AB, T2Z 3X2, Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,874.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.473**

Piper Oilfield Products, PO Box 94520, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,328.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.474**

Piping Alloys, Inc., PO Box 19176, Lenexa, KS, 66285-9176

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,047.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.475**

Piping Products, Inc., 1681 Kress Street, Houston, TX, 77020

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,246.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.476**

Pitney Bowes, PO Box 371887, Pittsburgh, PA, 15250-7887

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,628.95

**3.477**

Plains Welding Supply, Inc., 522 S. Main, Carlsbad, NM, 88220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,889.22

**3.478**

Plastics Inc., 5701 Dexter St, Commerce City, CO, 80022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$26.46

**3.479**

Pollution Control Inc., 500 W. Country Club Rd., Suite 200, Chickasha, OK, 73018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,431.62

**3.480**

Power Controls, Inc., 1205 W Center Ave, Denver, CO, 80223

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,972.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.481**

Pradon Construction & Trucking, Inc, PO Box 14969, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,405.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.482**

Praxair Distribution Inc., Dept Ch10660, Palatine, IL, 60055-0660

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $43,605.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.483**

Precision Fitting & Gauge, PO Box 95605, Grapevinegrapevine, TX, 76099-9730

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $9,185.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.484

Precision Flange & Machine, Inc., 13123 West Hardy Rd., Houston, TX, 77060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,562.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.485

Precision International, PO Box 607, Iola, KS, 66749

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,173.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.486

Pricewaterhousecoopers, LLP, PO Box 952282, Dallas, TX, 75395-2282

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $90,069.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.487

Prime Tubulars Inc., PO Box 726, Laird Hill, TX, 75666

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,246.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.488**

Primesource Building Products, Inc., 2517 Paysphere Circle, Chicago, IL, 60674-0025

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $28,514.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.489**

PRL Manufacturing Inc, 4946 E 66th St North, Tulsa, OK, 74117

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $12,580.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.490**

Pro-Finer Chemical Corp, PO Box 701891, Tulsa, OK, 74170-1891

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $7,047.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.491**

Pro-Kote Engineering, 590 Circle Drive, Casper, WY, 82601

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $35,592.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.492

Process Piping Materials, Inc, PO Box 1167, Youngsville, LA, 70592

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,644.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.493

Production Manufacturing Comp, 5909 E 13th Street, Tulsa, OK, 74112

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $418.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.494

Production Pump, PO Box 840511, Dallas, TX, 75284-0511

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,872.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.495

Professional Janitorial Svc, 2311 Elizabeth, Midland, TX, 79701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,890.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.496

Prostar Services Inc, PO Box 110209, Carrollton, TX, 75011-0209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $3,002.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.497

Protech Sales, USA Corp., 12340 Mead Way, Littleton, CO, 80125-9780

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $8,708.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.498

PSS Industrial Group, PO Box 74321, Cleveland, OH, 44194-4321

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $5,757.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.499

Puffer Sweiven, LP, 4230 Greenbriar Dr, Stafford, TX, 77477

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $7,761.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.500**

Pump Energy, Inc, 3000 E 14th Ave, Columbus, OH, 43218

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $642.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.501**

Purvis Industries, Ltd, PO Box 540757, Dallas, TX, 75354-0757

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $9,460.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.502**

Quadco LLC, PO Box 200293, Anchorage, AK, 99520-0293

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.503**

Quadient Finance USA, Inc, Dept 3682, Po Box 123682, Dallas, TX, 75312-3682

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,608.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.504**

Quest-Tec Solutions, Inc, 13960 S Wayside Dr, Houston, TX, 77048

As of the petition filing date, the claim is: $151.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.505**

Quill Corporation, PO Box 37600, Philadelphia, PA, 19101-0600

As of the petition filing date, the claim is: $244.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.506**

Rainmaker Sales Inc, PO Box 3759, Shawnee, OK, 74802-3759

As of the petition filing date, the claim is: $56,765.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.507**

Rasco Fr, Inc, 1707 N Flannery Rd, Baton Rouge, LA, 70815

As of the petition filing date, the claim is: $1,111.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.508**

Raven Industries, Inc, PO Box 5107, Sioux Falls, SD, 47117-5107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $2,404.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.509**

RAWR Distribution LLC, 703 B W Oaklawn Rd Pmb 333, Pleasonton, TX, 78064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $16,515.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.510**

RB Printing & Office Supplies, 105 E. Johnson St., Pleasanton, TX, 78064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $2,086.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.511**

Reed Fiberglass, Inc., 102 Reed Ave., Odessa, TX, 79761

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $668.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.512**

Reed's Pumping Service, PO Box 877, Pampa, TX, 79066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $371.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.513**

Renegade Wellhead Sales, 2479 S Treadaway, Abilene, TX, 79602

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,671.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.514**

Republic Business Credit, LLC, PO Box 260074, Corpus Christi, TX, 78426

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $383.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.515**

Republic Services, PO Box 78829, Phoenix, AZ, 85062-8829

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $398.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.516**

RES Energy Solutions, PO Box 848545, Dallas, TX, 75284-8545

As of the petition filing date, the claim is: $6,227.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.517**

Revinca Industries, LLC, 1514 Hale, Midland, TX, 79701

As of the petition filing date, the claim is: $40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.518**

Rexco, 3220 Kermit Hwy, Odessa, TX, 79764

As of the petition filing date, the claim is: $44,722.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.519**

Richart Distributors Inc, 3415 S I-35 Service Road, Okc, OK, 73129

As of the petition filing date, the claim is: $2,977.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.520

RJ Mann And Associates, 860 North 9th Ave., Brighton, CO, 80603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $6,517.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.521

Rocky Mountain Oilfield Services, Inc, 799 Lane 9, Powell, WY, 82435

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $345.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.522

Rocky Mt Oilfield Wrhse, 414 S Elm, Casper, WY, 82601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $132,295.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.523

Roughneck Supply, PO Box 858, Muskogee, OK, 74402

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $107,942.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.524

Rudd Welding Inc, PO Box 341, Perryton, TX, 79070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,613.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No
☑ Yes

3.525

Run Business Solutions, PO Box 51207, Amarillo, TX, 79159

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $28.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.526

Russell Logistics, LLC, 21310 Binford Rd, Waller, TX, 77484

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.527

S & W Steel And Supply, LLC, PO Box 207, Balmorhea, TX, 79718

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11,881.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.528

Safety Kleen Corp., PO Box 975201, Dallas, TX, 75397-5201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $306.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.529

Saia Motor Freight Line, PO Box 730532, Dallas, TX, 75373-0532

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $14,104.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.530

Sarge's Manufacturing, 1604 S Cedar Loop, Ardmore, OK, 73401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.531

Scarbrough, Inc., PO Box 1588, Hobbs, NM, 88241

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,596.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.532

Scheele Engineering Corp.

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.533

Scheele Engineering Corp.,
C/O Wright Law Group, PLLC ,
Attn: Jared Rougeau & Damola Fakunle,
123333 Sowden Road, Suite B, PMB #84356, Houston, TX

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.534

Schlumberger Lift Solutions, LLC, 713 Market Drive, Ok City, OK,
73114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,364.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.535

Secor, PO Box 670770, Dallas, TX, 75267-0770

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $284,017.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.536**

Select Industries, Inc, PO Box 2450, Wichita Falls, TX, 76307

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,447.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.537**

Seneca Companies, PO Box 3360, Des Moines, IA, 50316

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,558.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.538**

Sensia Measurement System Div Cameron, PO Box 730172, Dallas, TX, 75373-0172

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,913.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.539**

Service Metal, 4300 Planned Industrial Dr., St. Louis, MO, 63120

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $47,878.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.540

Shamrock Steel Sales, Inc., PO Box 1492, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $21,553.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.541

Shoppas Material Handling, PO Box 612027, Dallas, TX, 75261-2027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,407.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.542

Sierra Springs, PO Box 660579, Dallas, TX, 75266-0579

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,074.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.543

Sierra Valve & Equipment, PO Box 51123, Midland, TX, 79710-1123

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $16,837.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.544

Sivall's Inc, PO Box 2792, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $65,340.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.545

Skadden, Arps, Slate, Meagher & Flom, LLP, PO Box 1764, White Plains, NY, 10602

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $15,998.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.546

Slater Controls, Inc, Po Box 61007, Midland, TX 79711

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.547

Slater Controls, Inc., PO Box 61007, Midland, TX, 79711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,022.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.548

Smith Bros. Pipe Inc., Po Box 10019, Midland, TX 79702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.549

Smith Brothers Pipe, Inc., PO Box 10019, Midland, TX, 79702

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $25,532.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.550

Smith Industries, PO Box 870, Midland, TX, 79702

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $18,906.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.551

Smith-Cooper Internat., PO Box 31001-2559, Pasadena, CA, 91110-2559

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $174.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.552**

Snyder Lumber, 2109 25th St., Snyder, TX, 79549

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $330.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.553**

Solmax GSE, PO Box 840286, Dallas, TX, 75284-0286

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $90,461.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.554**

Sooner Rubber Products, PO Box 95103, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $19,348.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.555**

Sooner Valve Repair, PO Box 529, Lindsay, OK, 73052

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,918.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.556

Source Equipment, 7056 Barton Drive, Casper, WY, 82604

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $19,920.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.557

South Coast Products, Inc, PO Box 450109, Houston, TX, 77245

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $877.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.558

South Plains Welding Supply, PO Box 1355, 903 W Hwy 114, Levelland, TX, 79336

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $17.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.559

South Texas Filter & Supply, 4520 Crosstown Expressway, Corpus Christi, TX, 78415

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $526.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.560

Southeastern Freight Lines, PO Box 100104, Columbia, SC, 29202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,326.53
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.561

Southwest Energy Products, PO Box 1774, Liberal, KS, 67905-1774

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $511.93
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.562

Spc Office Products, PO Box 39, Guymon, OK, 73942-0039

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $776.46
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.563

SPI International Transportation, PO Box 31001-1507, Pasadena, CA, 91110-1507

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,900.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.564

Spicer & Sandburg, Inc, PO Box 95385, Oklahoma City, OK, 73143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58,843.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.565

Spilltech Environmental, 1627 O'Donoghue St, Mobile, AL, 36615

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $387.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.566

SPL Control LLC., PO Box 627, Elmore City, OK, 73433

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $14,037.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.567

Spradley Barr Ford Lincoln Of Greely. Inc., 4901 29th Street, Greeley, CO, 80634

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $63.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.568

Standard Coffee Service Company, PO Box 660579, Dallas, TX, 75266-0579

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$83.56

3.569

Stayflow Strainers, 16847 Collections Center Drive, Chicago, IL, 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$681.52

3.570

Step-Ko Products, LLC., PO Box 81396, Lafayette, LA, 70598

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,000.00

3.571

Stinger V LLC., PO Box 146, Diamondville, WY, 83116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$830.35

3.572

Sud Law P.C., 6750 West Loop South, Suite 920, Bellaire, TX, 77401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.573

Sun Source, PO Box 74007453, Chicago, IL, 60674-7453

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $61.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.574

Sunflower Electric Supply, PO Box 828, Hutchison, KS, 67504-0828

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.575

Sunrise Oilfield Supply, PO Box 3423, Wichita, KS, 67951

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $0.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.576

Swagelok West Texas, 1906 N Yellowood, Broken Arrow, OK, 74102

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $22,665.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.577

Swagelok Western Slope, 9500 W 49th Ave, D-103, Wheat Ridge, CO, 80033

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $506.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.578

T & J Valve, PO Box 61066, San Angelo, TX, 76906

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $16,386.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.579

T Bob Amthor Company, Inc, PO Box 5782, Midland, TX, 79704

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,632.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.580**

TDW (US), Inc, PO Box 972116, Dallas, TX, 75397-2116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,380.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.581**

Tech Tac Company, Inc., 1256 E 620 S, Vernal, UT, 84078

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,551.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.582**

Tejas Tubular Products Inc., PO Box 843434, Dallas, TX, 75284

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $742.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.583**

Templar Industries, LLC, 16445 Air Center, Ste 400, Houston, TX, 77032

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $161,137.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.584

Tenaris Global Services (U.S.A.) Corporation, Po Box 2962, Carol Stream, IL 60132-2962

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined

3.585

Tenaris Global Services (U.S.A.) Corporation,
C/O The O'Neill Firm PLLC,
Attn: Bradley O'Neill,
5252 Westchester, Suite 210, Houston, Tx 77005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined

3.586

Tenaris Global Services USA Corporation, PO Box 2962, Carol Stream, IL, 60132-2962

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$105,257.46

3.587

Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station, Austin, TX 78774

**Date or dates debt was incurred**
March 2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Unpaid Sales Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$35,329.53

3.588

Texas Elite Products, LLC, PO Box 12291, Odessa, TX, 79768

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $5,758.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.589

Texas Flange, PO Box 2889, Pearland, TX, 77588

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $48,665.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.590

Texas Industrial Fab Works, LLC, PO Box 1278, Pampa, TX, 79066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $117.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.591

Texas Pipe & Supply Co, 2330 Holmes Road, Houston, TX, 77051-1098

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $289,171.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.592

Texas Pipe & Supply Company Ltd, 2330 Holmes Road, Houston, TX 77051-1098

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.593

Texas SDU, Case 0013350848/Cause 15-03-0165-Cva, Po Box 659791, San Antonio, TX, 78265-9791

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $870.87
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.594

Th Rogers Lumber Company, PO Box 694, Lindsay, OK, 73052

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $191.81
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.595

The Cavins Corporation, 1800 Bering Dr. Ste. 825, Houston, TX, 77057

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $26,936.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.596

The Dillon Company Inc., 3930 Cook St., Denver, CO, 80205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $11,292.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.597

The Eads Co., PO Box 732217, Dallas, TX, 75373-2217

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $380.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.598

The Local Pages, 4910 W Amelia Earhart Dr, Suite 1, Salt Lake City, UT, 84116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $48.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.599

The Paint And Safety Store Inc, 201 S. Benton, Big Spring, TX, 79720

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $9,554.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.600**

Thermal Scientific Inc, PO Box 2273, Mansfield, TX, 76063

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $946.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.601**

Three G Industrial Supply, Inc, PO Box 3712, Victoria, TX, 77903

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $3,413.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.602**

Thurmond-Mcglothlin, Inc, PO Box 2358, Pampa, TX, 79066-2358

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $199.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.603**

Thyssenkrupp Materials Na, 2700 Post Oak Blvd, Houston, TX, 77056

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $351,775.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.604**

Tim M. Maroney

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.605**

Tinhorns R US LLC, PO Box 12, Tuttle, OK, 73089

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $1,060.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.606**

Tisco Energy Supply, PO Box 1969, Grand Junction, CO, 81502

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $91.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.607**

Titan Flow Control, PO Box 7408, Lumberton, NC, 28358

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $8,626.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.608**

Titus Group, Inc, 1200 East Campbell Road, Lockbox #679884 Ste. 108, Richard, TX, 75081

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $34,892.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.609**

Tomcat Specialty Oil Tools, PO Box 30062, Edmond, OK, 73003

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $185,239.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.610**

Tool & Anchor Supply Inc., 1962 W 12th Avenue, Denver, CO, 80204

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $719.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.611**

Total Care Health, Pa, 701 N Price Rd, Pampa, TX, 79065

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $95.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.612

Total Quality Logistics, PO Box 634558, Cincinnati, OH, 45263-4558

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $37,750.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.613

Total Valve & Equipment, LLC, PO Box 82465, Lafayette, LA, 70598

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $71,299.03
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.614

Traffix Device, Inc, 160 Avenida La Pata, San Clemente, CA, 92673

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $20,680.40
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.615

Traffix Devices, Inc. ,
C/O Blenden Roth Law Firm,
Attn: David W. Roth,
2217 Harwood Road, Bedford, TX 76201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.616**

Traffix Devices, Inc., 160 Avenida La Pata, San Clemente, CA 92673

As of the petition filing date, the claim is: **Undetermined**
*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.617**

Tri-Point Oil & Gas Production Systems, LLC, 5555 San Felipe, Ste 1250, Houston, TX, 77056

As of the petition filing date, the claim is: **$375.47**
*Check all that apply.*

**Date or dates debt was incurred**
Various

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.618**

Tri-State Insulating of, PO Box 462, Brighton, CO, 80601-0462

As of the petition filing date, the claim is: **$832.32**
*Check all that apply.*

**Date or dates debt was incurred**
Various

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.619**

Tri-State Senior Golf Association, 2331 Evergreen, Pampa, TX, 79065

As of the petition filing date, the claim is: **$100.00**
*Check all that apply.*

**Date or dates debt was incurred**
Various

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.620**

Triangle Metals, PO Box 820, Bixby, OK, 74008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $193,120.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.621**

Trinity Safety Supply, 2033 W. Mcdermott Dr, Suite 320, Allen, TX, 75013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,539.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.622**

Tubular Marketing, Inc., 950 CR266, PO Box 2206, Georgetown, TX, 786287

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $182.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.623**

Tubular Service LLC, 1010 Mccarty Dr, Houston, TX, 77029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.624

Tulco Oils, Dept 1650, Po Box 100, Bixby, OK, 74008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,619.80

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.625

Tulsa Valve LLC, 8524 Hwy 6 North, #526, Houston, TX, 77095-2103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$282.12

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.626

Turbines Inc., PO Box 933, Altus, OK, 73522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$6,141.80

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.627

Turbinesinc-Odessa LLC, 960 South Meadow Ave, Odessa, TX, 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,375.50

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.628

Turney Brothers Oilfield Services and Pipelines

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.629

Turney Brothers Oilfield Services And Pipelines,
Brandon Turney,
401 Oklahoma Ave., Mcalester, OK 74502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.630

Turney Brothers Oilfield Services And Pipelines,
Brandon Turney,
PO Box 698, Mcalester, OK 74502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.631

Txam Pumps, LLC., PO Box 38622, Houston, TX, 77238

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,688.69

3.632

Tylok International Inc, 1061 East 260th Street, Euclid, OH, 44132

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,284.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.633

Uline, PO Box 88741, Chicago, IL, 60680-1741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $461.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.634

Unifirst Corporation, 4210 S E 22Nd Ave, Amarillo, TX, 79103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $199.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.635

Unifirst Holdings Inc, PO Box 894, Hobbs, NM, 88240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,919.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.636**

Unifirst Holdings, Inc., PO Box 1666, Odessa, TX, 79760

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $282.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.637**

Unique Valve & Instrumentation Co, LP, PO Box 679861, Dallas, TX, 75267-9861

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $109,349.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.638**

United Casing Tubular Services, 8505 Technology Forest Place, Suite 401, The Woodlands, TX, 77381

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.639**

United Oil & Grease-Lubbock, PO Box 10237, 3100 Clovis Road, Lubbock, TX, 79408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $883.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.640

United Southern Waste, 2800 West Illinois, Dallas, TX, 75233

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                $3,883.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.641

Universal Forest Products, 444 Sansom Blvd, A/R Lockbox, Saginaw, TX, 76179-4621

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                $1,236.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.642

Upco Inc, PO Box 730187, Dallas, TX, 75373-0187

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                $20,813.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.643

UPS Freight, PO Box 650690, Dallas, TX, 75265-0690

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                $1,890.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.644

UPS Supply Chain Solutions, Inc., 28013 Network Place, Chicago, IL, 60673-1280

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $976.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.645

US Rod Manufacturing, LLC, PO Box 152, Nappanee, IN, 46550

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $280,225.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.646

USA Industries, Inc, 302 State Street, South Houston, TX, 77587

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,454.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.647

USA Logistics Inc., PO Box 1015, Chesterton, IN, 46304-1015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $25,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.648**

Valve Index International, PO Box 16476, Sugar Land, TX, 77496

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19,508.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.649**

Valve Sales Inc., PO Box 57003, Oklahoma City, OK, 73157

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,191.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.650**

Valves & Fittings, PO Box 70636, Houston, TX, 77270

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $0.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.651**

Verizon, PO Box 660108, Dallas, TX, 75266-0108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,137.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.652

Victaulic Company Of America, Lockbox 77203, 101 North Independence Mall E, Philadelphia, PA, 19106

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $73,434.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.653

Viking Wholesale Supply, 102 N College Ave, Ste 507, Tyler, TX, 75702

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,167.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.654

Vinson Process Controls, PO Box 671389, Dallas, TX, 75267-1389

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $34,448.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.655

Visions Transports Inc., 925 E Fox Drive, Enid, OK, 73701

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.656

VJ Rentals, PO Box 731, Hobbs, NM, 88241-0731

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $619.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.657

VK Enterprises Inc, PO Box 3577, Edmond, OK, 73083

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $439.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.658

VMS Products Inc, PO Box 471, Pendleton, IN, 46064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.659

W L Walker Co, Inc, 330 N Boulder Ave., Tulsa, OK, 74103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $455.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.660**

Warehouse Supply, 300 N 2Nd St., La Salle, CO, 80645

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $175.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.661**

Washita Valley Enterprises, PO Box 94160, Okc, OK, 73143-4160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $13,073.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.662**

Water Works C&R, LLC, 2425 Stafford Blvd, Pecos, TX, 79772

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $734.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.663**

Weatherford Artificial, PO Box 301003, Dallas, TX, 75303-1003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $32,546.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.664

Webb Oil Company, PO Box 577, Lindsay, OK, 73052

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $4,699.85
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.665

Weir Seaboard Oil & Gas, PO Box 301861, Dallas, TX, 75303-1861

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $39,697.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.666

Welch Equiment Company, Inc, PO Box 912504, Denver, CO, 80291-2504

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $366.49
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.667

Weldbend Corporation, PO Box 8, Bedford Park, IL, 60499-992

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $12,701.91
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.668

Welding Outlets, Inc, 1341 Hill Rd, Houston, TX, 77039

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $315.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Purchases Not Invoiced

**Is the claim subject to offset?**
☑ No

☐ Yes

3.669

Weldon Parts, PO Box 2115, Oklahoma City, OK, 73101-2115

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $25.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.670

Well Guard, PO Box 604, Brenham, TX, 77834

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,047.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.671

WES Supply, 7042 Satsuma Road, Houston, TX, 77041

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $890.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☐ No

☑ Yes

3.672

West Texas Safety Training, PO Box 60828, Midland, TX, 79711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.673

Westair-Praxair Dist Inc, PO Box 120889, Dept 0889, Dallas, TX, 75312

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $285.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.674

Western First Aid & Safety, LLC, Lockbox PO Box 734514, Dallas, TX, 75373-4514

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $71.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.675

Western Material Handling, 1113 North Colleg Ave, Fort Collins, CO, 80524

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $230.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.676

Western Sling & Supply, PO Box 208, Attn: Accounts Receivable, Sedalia, CO, 80135-0208

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $9,002.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.677

Westex Pest Control, 1404 West 4Th, Pecos, TX, 79772

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $346.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.678

Wheeler General, PO Box 188, Wheeler, TX, 79096

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $508.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.679

Whitco Supply LLC, 200 N Morgan Ave, Broussard, LA, 70518

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $4,712.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.680**

White Star Petroleum Holdings, LLC et al V Mufg Union Bank et al ,
Tribolet Advisors LLC,
C/O Gablegotwals,
Attn: Craig M. Regen, Dale E. Cottingham, Lewis T. Lenaire And G. Blaine Schwabe III,
One Leadership Square, 211 N. Robinson, Oklahoma City, OK 73102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**         Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.681**

White Star Petroleum Holdings, LLC et al V Mufg Union Bank Et Al ,
Tribolet Advisors LLC,
C/O Harris & Coffey,
Attn: Kevin M. Coffey,
435 N. Walker, Suite 202, Oklahoma City, OK 73102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**         Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.682**

Whitliejo Specialty Co, LLC, PO Box 82448, Lafayette, LA, 70598

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**         $76,849.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.683**

Williams Supply Company Ltd., 3131 Bolton Rd., Marion, TX, 78124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**         $145.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.684

Wilson Bohannan Company, 621 Buckeye St, Marion, OH, 43302

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,040.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.685

Wilson Company, PO Box 9100, 16301 Addison Road, Addison, TX, 75001-9100

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,490.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.686

Winter Mud LLC, PO Box 1326, Guymon, OK, 73942

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.687

WNS Lowery, PO Box 772260, Detroit, MI, 48277-2260

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,923.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.688

Wolseley Industrial Group, Matthews,Shiels,Knott,Eden, 8131 LBJ Freeway,Ste 700, Dallas, TX 75251

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined

3.689

Wolseley Industrial Group, Matthews,Shiels,Knott,Eden, 8131 Lbj Freeway,Ste 700, Dallas, TX, 75251

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$69,950.55

3.690

Womble Bond Dickinson (Us) LLP, One West Fourth St, Winston-Salem, NC, 27101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$22,644.83

3.691

Womble Company Inc, Dept 921, PO Box 4652, Houston, TX, 77210-4652

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$6,043.24

**3.692**

Woodward Steel Company, PO Box 1272, Woodward, OK, 73802

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $287,480.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.693**

Wyoming Revenue Department Sales Tax, 2020 Grand Ave, Laramie, WY, 82070

**Date or dates debt was incurred**
2016

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Sales Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.694**

Xcel Energy, PO Box 9477, Mpls, MN, 55484-9477

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $668.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.695**

XPO Logistics Freight, Inc., 29559 Network Place, Chicago, IL, 60673-1559

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $122.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.696**

Yellow Rose Spraying Svc, LLC, 15979 Hwy 152, Wheeler, TX, 79096

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $276.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.697**

Young Energy Products, LLC - Remco, 2804 W 40th St, Tulsa, OK, 74107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $21,320.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.698**

Zep Sales & Service, PO Box 841508, Dallas, TX, 75284-1508

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $330.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.699**

Zook Enterpirses LLC, PO Box 73968, Cleveland, OH, 44193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $1,009.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

3.700

Zoro Tools, Inc, PO Box 5233, Janesville, WI, 53547-5233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,405.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Product/Purchase AP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $730,775.47 |
| 5b. **Total claims from Part 2** | 5b. | $36,736,711.41 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $37,467,486.88 |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name: WB Supply LLC</td></tr>
<tr><td>United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td>Case number: 21-10729</td></tr>
</table>

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**  **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Employee Benefit - Section 125 <br> **State the term remaining** Unknown <br> **List the contract number of any government contract** | 90 Degree Benefits, 600 S Tyler, Suite 1507, Amarillo, TX 79101 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Gas Cylinder Lease <br> **State the term remaining** Thru 1.1.21 <br> **List the contract number of any government contract** | Airgas USA LLC, Central Business Division, 110 W. 7th, Tulsa, OK 74119 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Employee Benefit - 401(k) <br> **State the term remaining** Unknown <br> **List the contract number of any government contract** | Amarillo National Bank, PO Box 1, Amarillo, TX 79105 (Trustee) |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Facility in Chickasha, Oklahoma | Anita V. Stidham Trust PO Box 768 Chickasha, OK 73023 |
| | State the term remaining | Thru 6.30.21 | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Facility in Evans, Colorado | Apex Storage and Warehouse DBA E&M Properties LLC 3805 Carson Ave, Unit One, Evans, CO, 80620 |
| | State the term remaining | Thru 10.31.21 | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Facility in Evans, Colorado | Apex Storage and Warehouse DBA E&M Properties LLC 3805 Carson Ave, Unit One, Evans, CO, 80620 |
| | State the term remaining | Thru 10.31.21 | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Internet & Voice Service Agreement - Odessa TX | AT&T Corp., One AT&T Way, Bedminster, NJ 07921 |
| | State the term remaining | Thru 12.30.22 | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Employee Benefit - Health | Blue Cross & Blue Shield of TX, PO Box 650615, Dallas, TX 75265-0615 |
| | State the term remaining | Thru 12.31.21 | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Alarm Monitoring Service Agreement | Brinks Home Security, 1990 Wittington Pl., Farmers Branch, TX 75234 |
| | State the term remaining | Thru 1.8.23 | |
| | List the contract number of any government contract | | |

Debtor    WB Supply LLC
Name

Case number *(if known)* 21-10729

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Phone System - Lindsay OK |
| | **State the term remaining** | Thru 12.10.21 |
| | **List the contract number of any government contract** | |

Broadview Networks, 800 Westchester Ave., Suite N-501, Rye Brook, NY 10573

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Facility in Watford City, North Dakota |
| | **State the term remaining** | Thru 12.31.23 |
| | **List the contract number of any government contract** | |

Brookline Watford City LLC 2303 RR 620 South #135-441 Lakeway, Tx 78734

| | | |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Phone and Data Lines |
| | **State the term remaining** | Thru 4.16.22 |
| | **List the contract number of any government contract** | |

Cable One, 3173 Clearwater Dr, Prescott, AZ 86305

| | | |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease of Office in Denver, Colorado to Sublease |
| | **State the term remaining** | Thru 8.31.22 |
| | **List the contract number of any government contract** | |

Catamount Energy Partners, Attn Craig Reid, 1001 17th Street, Suite 1160, Denver, CO 80202

| | | |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Two Finance Leases of Trucks |
| | **State the term remaining** | Last lease expires Dec 2021 |
| | **List the contract number of any government contract** | |

Culberson Rental and Lease, POB 1542, Pampa, TX 79066

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Lease 2018 Yale Forklift (DLL) |
| | **State the term remaining** | Thru 8.1.23 |
| | **List the contract number of any government contract** | |

De Lage Landen, PO Box 41602, Philadelphia, PA 19101-1602

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Multiple Finance Leases of Trucks with a Master Equity Lease Agreement with Enterprise Fleet Management | Enterprise Fleet Management, Billing #447481 , PO Box 800089, Kansas City, MO 64180-0089 |
| | State the term remaining | Multiple leases with the last expiring 9.27.22 | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Facility in Midland, Texas | ERP-M LLC 400 W. Illinois Avenue, Suite 1630 Midland, Tx 79701 |
| | State the term remaining | Thru 3.30.26 | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Office in Denver, Colorado | Franklin Street Properties, 401 Edgewater Place, Suite 200 Wakefield, MA 01880-6210 |
| | State the term remaining | Thru 8.31.22 | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Lease of facility in Andrews, Texas | Garnan LLC PO Box 6808 Abilene, Tx 79608 |
| | State the term remaining | Thru 11.8.21 | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Property liquidation services | Great American Global Partners, LLC., 26635 Agoura Road, #215 Calabasas, CA 91302 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Employee Benefit - Dental | Guardian Dental, P O Box 677458, Dallas, TX 75267-7458 |
| | State the term remaining | Thru 12.31.21 | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Lease Forklift (Utiliv) |
| | | HYG Financial Services, 5000 Riverside Drive, Suite 300 East, Irving, TX 75039-4314 |
| | **State the term remaining** | Thru 5.1.24 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Facility in Lindsay, Oklahoma |
| | | J&S Portable Flares, LLC PO Box 801 Lindsay, OK 73052 |
| | **State the term remaining** | Thru 7.31.23 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Facility in Carlsbad, New Mexico |
| | | Jack Wigley 2020 Carlsbad LLC 13917 E. Coyote Way, Fountain Hills, AZ 85268 |
| | **State the term remaining** | Thru 10.31.22 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of facility in Chickasha, Oklahoma |
| | | Johnson's Rentals 1502 W. Country Club Road, Chickasha OK 73018 |
| | **State the term remaining** | Thru 6.30.23 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Benefit - Group Life |
| | | Kansas City Life, P O Box 211217, Kansas City, MO 64121-1217 |
| | **State the term remaining** | Thru 12.31.21 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Benefit - Individual Life |
| | | Kansas City Life, P O Box 219846, Kansas City, MO 64121-9846 |
| | **State the term remaining** | NA |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Facility in Odessa, Texas | Kilwel Real Estate Trust, PO Box 4, Mount Solon, VA, 22843 |
| | **State the term remaining** | Thru 9.30.23 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology Management Services | LBMC Technology Solutions, LLC., 201 Franklin Road, Brentwood, TN 37027 |
| | **State the term remaining** | 90 days after notice of termination | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Benefit - STD-LTD-Life | Life Insurance of North America, 1601 Chestnut Street, Two Liberty Place, Philadelphia, PA 19192 |
| | **State the term remaining** | Thru 12.31.21 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Postage Machine Lease | MailFinance Inc., 478 Wheelers Farms Rd., Milford, CT 06461 |
| | **State the term remaining** | Thru 6.30.21 (w/ 90 day notice) | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Finance Lease 2015 Yale Forklift (NMHG) | NMGH Financial Services, POB 105743 Atlanta, Ga. 30348-5743 |
| | **State the term remaining** | Thru 8.14.21 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Facility in Fort Morgan, Colorado | Otis Gordley, 19433 MCR Q ,Ft. Morgan, CO 80701 |
| | **State the term remaining** | Thru 10.31.21 | |
| | **List the contract number of any government contract** | | |

**2.34**  **State what the contract or lease is for and the nature of the debtor's interest**
Lease of Facility in Pecos, Texas

Petroplex Properties LLC 10497 Town & Country Way, Suite 930, Houston , TX 77024

**State the term remaining**
Thru 7.31.25

**List the contract number of any government contract**

---

**2.35**  **State what the contract or lease is for and the nature of the debtor's interest**
Lease of facility in Hennessey, Oklahoma

Primeland Properties LLC, 600 N. Cheyenne St, Hennessey, OK 73742

**State the term remaining**
Thru 11.30.23

**List the contract number of any government contract**

---

**2.36**  **State what the contract or lease is for and the nature of the debtor's interest**
Lease of Facility in Wheeler, Texas

Series B of Beck-Webb Holdings LLC Attn: Terry Beck 2757 US Highway 81 Hennessey. OK 73742

**State the term remaining**
Thru 11.3.24

**List the contract number of any government contract**

---

**2.37**  **State what the contract or lease is for and the nature of the debtor's interest**
Lease of Facility in Evans, Colorado

T&D Real Estate Holdings LLC, Attn: Tim Bradley , Manager, 7084 South Revere Parkway, Unit A, Centennial CO 80112

**State the term remaining**
Thru 5.15.21

**List the contract number of any government contract**

---

**2.38**  **State what the contract or lease is for and the nature of the debtor's interest**
Facility Mats and Cleaning Equipment - Amarillo

UniFirst Corporation, 4210 S E 22nd Ave., Amarillo, TX 79103

**State the term remaining**
Thru 1.13.24

**List the contract number of any government contract**

---

**2.39**  **State what the contract or lease is for and the nature of the debtor's interest**
Facility Mats and Cleaning Equipment - Garden City

UniFirst Corporation, PO Box 1629 Garden City, KS 67846

**State the term remaining**
Thru 1.13.24

**List the contract number of any government contract**

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Facility Mats and Cleaning Equipment - Hobbs | UniFirst Holdings Inc, PO Box 894 Hobbs, NM 88240 |
|---|---|---|---|
| | State the term remaining | Thru 1.13.24 | |
| | List the contract number of any government contract | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Facility Mats and Cleaning Equipment - Enid | UniFirst Holdings, Inc, 1618 N Van Buren, Enid, OK 73703 |
|---|---|---|---|
| | State the term remaining | Thru 1.13.24 | |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Facility Mats and Cleaning Equipment - OKC | UniFirst Holdings, Inc, 2130 E California Ave., Okc, OK 73117 |
|---|---|---|---|
| | State the term remaining | Thru 1.13.24 | |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Facility Mats and Cleaning Equipment - Lubbock | UniFirst Holdings, Inc., 1727 E 8th Street Lubbock, TX 79403 |
|---|---|---|---|
| | State the term remaining | Thru 1.13.24 | |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Facility Mats and Cleaning Equipment - San Angelo | UniFirst Holdings, Inc., 6305 Hwy 277 San Angelo, TX 76904 |
|---|---|---|---|
| | State the term remaining | Thru 1.13.24 | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Facility Mats and Cleaning Equipment - Odessa | UniFirst Holdings, Inc., PO Box 1666 Odessa, TX 79760 |
|---|---|---|---|
| | State the term remaining | Thru 1.13.24 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: WB Supply LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10729

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Basin Holdings | Basin Holdings 15425 North Freeway Suite 350 Houston, TX 77090 | Balon Corp | ☐ D ☑ E/F ☐ G |
| 2.2 WB Basin Supply | WB Basin Supply 15425 North Freeway, Suite 350 Houston, TX 77090 | Wells Fargo Bank NA | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: WB Supply LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10729

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 04/20/2021 | /s/ Renae Hotz |
| Executed on | Signature of individual signing on behalf of debtor |
| | Renae Hotz |
| | Printed name |
| | President |
| | Position or relationship to debtor |