**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re WB Supply LLC

Case No. 21-10729 (BLS)
Reporting Period: 05/1/2021 - 05/31/2021

# MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | See Attestation |
|   Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
|   Copies of bank statements | | | | See Attestation |
|   Cash disbursements journals | | | | See Attestation |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | | | See Attestation |
|   Copies of IRS Form 6123 or payment receipt | | | | See Attestation |
|   Copies of tax returns filed during reporting period | | | | See Attestation |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
|   Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

/s/Edward Hostmann                           6/19/2021
Signature of Authorized Individual*          Date

Edward Hostmann                              Chief Restructuring Officer
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: WB Supply LLC | Case No. 21-10729 (BLS) |
| Debtor WB Supply LLC | Reporting Period: 5/1/2021 – 5/31/2021 |

## Notes to Monthly Operating Report

**Debtor in Possession Financial Statements**

The financial statements and supplemental information presented in this Monthly Operating Report ("MOR") have been prepared using the Debtor's books and records solely to comply with the monthly reporting requirements under the United States Bankruptcy Code and those of the United States Trustee for Region Three.

The financial statements and other information presented herein are unaudited, preliminary in nature, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. These preliminary unaudited financial statements and other information represent the Debtor's good faith attempt to comply with the requirements of the United States Bankruptcy Code and those of the United States Trustee using the resources available. This information is limited in scope to the requirements of this MOR.

These preliminary unaudited financial statements have not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtor believes that the financial information could be subject to changes, which could be material.

The Schedules and Statement reported balances as of the previous financial statement close, March 31, 2021. The current beginning balances as of April 20, 2021 have been calculated by adjusting the April 30, 2021 financial statements to eliminate post-petition activity.

**Liabilities Subject to Compromise**

As a result of the commencement of the Debtor's chapter 11 case, the payment of certain prepetition indebtedness of the Debtor is subject to compromise or other treatment under a plan of reorganization. Any amount classified as liabilities subject to compromise are estimates and are subject to future changes and adjustments.

**In re WB Supply LLC**  
Debtor WB Supply LLC

**Case No. 21-10729 (BLS)**  
Reporting Period: 05/1/2021 - 05/31/2021

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

NOTE 1

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | CAFETERIA | DEPOSITORY | ACTUAL | PROJECTED | ACTUAL | PROJECTED | |
| **Cash Beginning of Month** | $448,435 | | $27,557 | $367,095 | $843,087 | $451,421 | $451,421 | $451,421 | |
| **RECEIPTS** | | | | | | | | | |
| Cash Sales | | | | | | | $59,784 | $225,023 | |
| Accounts Receivable | | | | $4,380,833 | $4,380,833 | $2,692,344 | $5,809,432 | $3,323,413 | |
| Loans And Advances | $1,054,000 | | | | $1,054,000 | $1,054,000 | $1,705,000 | $1,865,075 | |
| Sale Of Assets | $567,193 | | | $3,260,488 | $3,827,681 | $2,050,210 | $3,827,681 | $2,050,210 | |
| Other (Attach List) | $5,958 | | | $0 | $5,958 | $0 | $25,555 | $0 | NOTE 2 |
| Transfers (From Dip Accts) | | | | | | | | | |
| **Total Receipts** | **$1,627,151** | **$0** | **$0** | **$7,641,321** | **$9,268,472** | **$5,796,554** | **$11,427,452** | **$7,463,721** | |
| **DISBURSEMENTS** | | | | | | | | | |
| Net Payroll | $314,373 | | | | $314,373 | $384,506 | $435,045 | $505,729 | |
| Payroll Taxes | | | | | | | | | |
| Sales, Use, & Other Taxes | $293,223 | | | | $293,223 | $0 | $328,589 | $178,725 | |
| Inventory Purchases | | | | | | | | | |
| Secured/ Rental/ Leases | | | | | | | | | |
| Insurance | | | | | | $78,000 | | $78,000 | |
| Administrative | | | | | | | | | |
| Selling | | | | | | | | | |
| Other (Attach List) | $171,025 | | $3,363 | $6,289,130 | $6,463,518 | $5,389,916 | $8,074,794 | $6,757,135 | NOTE 3 |
| Owner Draw | | | | | | | | | |
| Transfers (To Dip Accts) | | | | | | | | | |
| Professional Fees | | | | | | | | | |
| U.S. Trustee Quarterly Fees | | | | | | | | | |
| Court Costs | | | | | | | | | |
| **Total Disbursements** | **$778,621** | **$0** | **$3,363** | **$6,289,130** | **$7,071,114** | **$5,852,422** | **$8,838,428** | **$7,519,589** | |
| Net Cash Flow | $848,530 | $0 | ($3,363) | $1,352,191 | $2,197,358 | ($55,868) | $2,589,024 | ($55,868) | |
| **Cash - End of Month** | **$1,296,965** | **$0** | **$24,194** | **$1,719,286** | **$3,040,445** | **$395,553** | **$3,040,445** | **$395,553** | |

MOR - 1

| In re WB Supply LLC | | Case No. 21-10729 (BLS) |
|---|---|---|
| Debtor  WB Supply LLC | | Reporting Period: 05/1/2021 - 05/31/2021 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS    NOTE 1

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **Total Disbursements** | **$7,071,114.00** |
| Less:  Transfers to Debtor in Possession Accounts | $0.00 |
| Plus:  Estate Disbursements Made By Outside Sources  (I.E. From Escrow Accounts) | $0.00 |
| **Total Disbursements For Calculating U.S. Trustee Quarterly Fees** | **$7,071,114.00** |

**NOTE 1** - The cash balance represents the book balance.  Cash receipts and disbursements are reported on a consolidated basis

| | AS OF 5/31/2021 | |
|---|---|---|
| Operating Account | $1,365,367 | |
| Payroll Account | ($1,420) | |
| Disbursement Account | ($66,982) | |
| **Total Unrestricted Cash** | **$1,296,965** | |
| Depository Account | $1,719,286 | A/R Funds swept to pay down Secured Wells Fargo debt |
| Cafeteria Account | $24,194 | Employee funds |
| **Total Restricted Cash** | **$1,743,480** | |
| **Total Cash** | **$3,040,445** | |

### NOTE 2 - OTHER RECEIPTS

| | OPER. | ACTUAL PAYROLL | CAFETERIA | DEPOSITORY | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|
| Close and Transfer Petty Cash Accounts | | | | | | | 18,216 | 0 |
| Former Employee COBRA Pay | 5,958 | | | | 5,958 | | 7,129 | 0 |
| Utility Refund | | | | | | | 210 | 0 |
| **Total Other Receipts** | **5,958** | **0** | **0** | **0** | **5,958** | **0** | **25,555** | **0** |

### NOTE 3 - OTHER DISBURSEMENTS

| | OPER. | ACTUAL PAYROLL | CAFETERIA | DEPOSITORY | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|
| Employee Benefits | $84,627 | | | | $84,627 | $78,477 | $84,627 | $78,477 |
| Rent | $36,028 | | | | $36,028 | $0 | $156,919 | $109,711 |
| Utilities & Facility Expenses | $20,511 | | | | $20,511 | $74,160 | $20,511 | $172,480 |
| Information Technology | $4,164 | | | | $4,164 | $42,640 | $4,164 | $63,960 |
| Vehicle & Transport | $11,500 | | | | $11,500 | $27,988 | $12,109 | $41,982 |
| Pre-auction fee to Valuation Firm | | | | | $0 | $125,002 | $0 | $147,504 |
| Property Taxes | | | | | $0 | $184,776 | $0 | $205,056 |
| Miscellaneous | $4,500 | | | | $4,500 | $60,000 | $5,893 | $125,000 |
| Lender Interest & Fees | $9,695 | | | $10,576 | $20,271 | $54,319 | $20,271 | $214,319 |
| AR Collections Applied to Secured Debt | | | | $6,276,058 | $6,276,058 | $4,742,554 | $7,764,441 | $5,598,646 |
| Write off 2020 bank statement reconciling item | | | | $2,496 | $2,496 | | $2,496 | |
| Cafeteria Plan Reimbursements | | | $3,363 | | $3,363 | | $3,363 | |
| **Total Other Disbursements** | **$171,025** | **$0** | **$3,363** | **$6,289,130** | **$6,463,518** | **$5,389,916** | **$8,074,794** | **$6,757,135** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: WB Supply LLC | Case No. 21-10729 (BLS) |
| Debtor WB Supply LLC | Reporting Period: 5/1/2021 – 5/31/2021 |

**BANK RECONCILIATION ATTESTATION**
**(MOR 1a)**

The above-captioned debtor (the "Debtor") hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

The Debtor performs on a timely basis all bank reconciliations in the ordinary course of their business. Copies of bank account statements, reconciliations and cash disbursement journals are available for inspection upon request by the United States Trustee Office.


/s/ Edward Hostmann                    6/19/2021
Edward Hostmann
Chief Restructuring Officer

| In re WB Supply LLC | | | | | | | | | Case No. 21-10729 (BLS) |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor WB Supply LLC | | | | | | | | Reporting Period: 05/1/2021 - 05/31/2021 |

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | **NO PROFESSIONAL FEES WERE DISTRIBUTED DURING THIS PERIOD** | | | | | | | |

MOR - 1b

In re WB Supply LLC  
Debtor WB Supply LLC

Case No. 21-10729 (BLS)  
Reporting Period: 05/1/2021 - 05/31/2021

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date | |
|---|---|---|---|
| Gross Revenues | $2,781,762 | $2,841,546 | |
| Less: Returns and Allowances | | | |
| Net Revenue | **$2,781,762** | **$2,841,546** | |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | $22,282,235 | $22,325,279 | **NOTE 1** |
| Add: Purchases | | | |
| Add: Cost of Labor | | | |
| Add: Other Costs (attach schedule) | | | |
| Less: Ending Inventory | $14,493,615 | $14,493,615 | |
| Cost of Goods Sold | $7,788,619 | $7,831,663 | |
| Gross Profit | **($5,006,857)** | **($4,990,117)** | |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | $8,303 | $8,912 | |
| Bad Debts | | | |
| Contributions | | | |
| Employee Benefits Programs | $16,652 | $16,652 | |
| Insider Compensation* | $21,333 | $31,999 | |
| Insurance | $302,370 | $302,370 | |
| Management Fees/Bonuses | | | |
| Office Expense | $5,513 | $5,513 | |
| Pension & Profit-Sharing Plans | | | |
| Repairs and Maintenance | $244 | $244 | |
| Rent and Lease Expense | $104,503 | $227,016 | |
| Salaries/Commissions/Fees | $188,325 | $298,331 | |
| Supplies | $99 | $1,562 | |
| Taxes - Payroll | $18,098 | $18,098 | |
| Taxes - Real Estate | | | |
| Taxes - Other | | | |
| Travel and Entertainment | $396 | $396 | |
| Utilities | $7,670 | $12,713 | |
| Other (attach schedule) | $416,634 | $422,191 | |
| Total Operating Expenses Before Depreciation | $1,090,139 | $1,345,997 | |
| Depreciation/Depletion/Amortization | $74,277 | $74,277 | |
| Net Profit (Loss) Before Other Income & Expenses | **($6,171,273)** | **($6,410,391)** | |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | $3,000 | $3,000 | |
| Interest Expense | $97,045 | $298,644 | |
| Other Expense (attach schedule) | | | |
| Net Profit (Loss) Before Reorganization Items | **($6,265,319)** | **($6,706,035)** | |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $971,945 | $1,114,291 | |
| U. S. Trustee Quarterly Fees | $13,000 | $13,000 | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | |
| Gain (Loss) from Sale of Equipment | $1,784,508 | $1,784,508 | **NOTE 2** |
| Other Reorganization Expenses (attach schedule) | | | |
| Total Reorganization Expenses | $799,564 | $657,217 | |
| Income Taxes | | | |
| **Net Profit (Loss)** | **($5,465,755)** | **($6,048,818)** | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**NOTE 1: Beginning Inventory -** The company identified a classification adjustment in the April 20, 2021 beginning inventory and a related adjustment to the beginning inventory on the operating statement. The change to the beginning inventory was offset by a change to the inventory reserve balance, so total assets did not change. Also, there was no change to April operating income."

**NOTE 2**: **Gain (Loss) from Sale of Equipment -** This balance represents the proceeds from the sale of assets. However, the Debtor is still reconciling assets sold and not all of the retired assets from the sale are yet reflected. The Debtor will adjust for the gain or loss on sale upon the final liquidation auction and facility sale in June 2021.

In re WB Supply LLC  Case No. 21-10729 (BLS)
Debtor WB Supply LLC  Period: 05/1/2021 - 05/31/2021

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Operational Expenses** | | |
| Employee Benefit Fees | $27 | $27 |
| Gas & Oil | ($25,795) | ($25,795) |
| IT Expense | $21,993 | $21,993 |
| Communications | $12,501 | $12,501 |
| Bad Debts | ($2) | ($2) |
| Bank Fees | $26,350 | $26,350 |
| Collection Expenses | $120 | $120 |
| Dues & Subscriptions | $1,114 | $1,114 |
| Legal & Accounting | $32,586 | $32,586 |
| Outside Services | $282,288 | $282,288 |
| Corporate Allocations - Basin Holdings | $65,460 | $65,460 |
| Other Operating Expenses | ($9) | $5,548 |
| **Total Other Costs** | **$416,634** | **$422,191** |
| | | |
| **Other Costs** | | |
| | $0 | $0 |
| **Other Income** | | |
| Rental Income | $3,000 | $3,000 |
| **Other Expenses** | | |
| | $0 | $0 |
| **Other Reorganization Expenses** | | |
| | $0 | $0 |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re WB Supply LLC  
Debtor WB Supply LLC  

Case No. 21-10729 (BLS)  
Reporting Period: 05/1/2021 - 05/31/2021

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $729,772 | $86,287 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | $2,310,671 | $289,348 |
| Accounts Receivable (Net) | $4,494,010 | $9,216,375 |
| Notes Receivable | | |
| Inventories | $14,493,615 | $22,325,279 |
| Inventory Reserves | ($2,821,790) | ($3,549,003) |
| Prepaid Expenses | $312,224 | $792,192 |
| Professional Retainers | $343,658 | $410,000 |
| Other Current Assets (attach schedule) | $13,477 | ($3,108) |
| *TOTAL CURRENT ASSETS* | **$19,875,638** | **$29,567,371** |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $176,289 | $176,289 |
| Machinery and Equipment | $5,444,147 | $8,066,950 |
| Furniture, Fixtures and Office Equipment | $1,574,149 | $1,861,847 |
| Leasehold Improvements | $92,968 | $873,237 |
| Vehicles | $825,046 | |
| Less Accumulated Depreciation | ($6,804,920) | ($9,512,379) |
| *TOTAL PROPERTY & EQUIPMENT* | **$1,307,679** | **$1,465,944** |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | $2,827,188 | $3,044,216 |
| *TOTAL OTHER ASSETS* | **$2,827,188** | **$3,044,216** |
| | | |
| **TOTAL ASSETS** | **$24,010,504** | **$34,077,531** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $34,028 | |
| Taxes Payable (refer to FORM MOR-4) | $29,905 | |
| Wages Payable | | |
| Notes Payable (DIP Loan) | $1,962,108 | |
| Interest Payable (DIP Loan) | $10,222 | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | $1,124,266 | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | **$3,160,529** | **$0** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $7,656,729 | $15,187,581 |
| Priority Debt | $730,775 | $730,775 |
| Unsecured Debt | $43,003,573 | $42,487,114 |
| *TOTAL PRE-PETITION LIABILITIES* | **$51,391,077** | **$58,405,471** |
| | | |
| *TOTAL LIABILITIES* | **$54,551,607** | **$58,405,471** |
| **OWNER EQUITY** | | |
| Capital Stock | $10 | $10 |
| Additional Paid-In Capital | $21,524,525 | $21,508,266 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | ($45,849,762) | ($45,836,215) |
| Retained Earnings - Postpetition | ($6,215,876) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | **($30,541,102)** | **($24,327,940)** |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$24,010,504** | **$34,077,531** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re  WB Supply LLC | Case No. 21-10729 (BLS) |
|---|---|
| Debtor  WB Supply LLC | Reporting Period: 05/1/2021 - 05/31/2021 |

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Assets | | |
| Right to Use Asset  (Net) | $2,353,342.43 | $2,561,056.07 |
| Deposits | $423,076.36 | $423,076.38 |
| Intangible Assets (Net) | $31,654.20 | $39,231.58 |
| Other | $19,114.66 | $20,852.28 |
| **Total Other Assets** | **$2,827,187.65** | **$3,044,216.31** |
| | | |

MOR - 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: WB Supply LLC | Case No. 21-10729 (BLS) |
| Debtor WB Supply LLC | Reporting Period: 5/1/2021 – 5/31/2021 |

**POST PETITION TAXES ATTESTATION**
**(MOR 4)**

The above- captioned Debtor hereby submit this attestation regarding post-petition taxes in lieu of providing Schedule for the Status of Post -Petition Taxes, copies of IRS Form 6123 or payment receipt and copies of tax returns filed during reporting period.

The Debtor has filed all the necessary federal, state and local tax returns, or extensions related there to, and have timely made (or are in the process of remediating any immaterial late filings or prepayments) all related required post-petition tax payments, which are not subject to dispute or reconciliation, and are current.

/s/ Edward Hostmann                                    6/19/2021
Edward Hostmann
Chief Restructuring Officer

In re WB Supply LLC  
　　　　Debtor WB Supply LLC

Case No. 21-10729 (BLS)  
Reporting Period: 05/1/2021 - 05/31/2021

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $34,028 | | | | | $34,028 |
| Wages Payable | | | | | | |
| Taxes Payable | $29,905 | | | | | $29,905 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $1,124,266 | | | | | $1,124,266 |
| Amounts Due to Insiders* | | | | | | |
| Other: Wells Fargo DIP Loan | $1,962,108 | | | | | $1,962,108 |
| Other: Wells Fargo DIP Loan Interest | $10,222 | | | | | $10,222 |
| **Total Postpetition Debts** | **$3,160,529** | | | | | **$3,160,529** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**  
Debtor intends to pay any past-due post petition debts with proceeds derived on the sales in inventory and equipment as part of the liquidation process. Payment will be consistent with the forecast.

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR - 4

In re WB Supply LLC  Case No. 21-10729 (BLS)
Debtor WB Supply LLC  Reporting Period: 05/1/2021 - 05/31/2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $11,272,676.00 |
| + Amounts billed during the period | $892,641.42 |
| - Amounts collected during the period | $4,380,833.00 |
| Total Accounts Receivable at the end of the reporting period | $7,784,484.42 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $321,816.73 |
| 31 - 60 days old | $2,569,703.44 |
| 61 - 90 days old | $594,280.45 |
| 91+ days old | $4,298,681.80 |
| Total Accounts Receivable | $7,784,482.42 |
| Amount considered uncollectible (Bad Debt) | ($3,290,472.79) |
| Accounts Receivable (Net) | $4,494,009.63 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. **(Note 1)** | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1:** The Debtor is actively selling assets pursuant to the Final Order (I) Authorizing Store Closing Sales Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Store Closing Procedures; (III) Authorizing the Debtor to Assume the Liquidating Agent Agreement; (IV) Authorizing Customary Bonuses to Employees at The Closing Stores; and (V) Granting Related Relief [Doc No. 128]