IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WB SUPPLY LLC, | Case No. 21-10729 (BLS) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 29, 2021 AT 10:00 A.M. (*PREVAILING* EASTERN TIME)**

> **AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**A.    RESOLVED MATTERS**

1. Debtor's Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Exclusive Plan Filing and Solicitation Procedures (D.I. 264, Filed 8/16/21).

    Objection Deadline: August 30, 2021 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    A.    Certificate of No Objection (D.I. 294, Filed 8/31/21).

    B.    Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Exclusive Periods Within Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 299, Entered 9/1/21).

    Status:  An order has been signed. No hearing is necessary.

2. First Interim Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 3, 2021 Through June 30, 2021 (D.I. 268, Filed 8/17/21).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: WB Supply LLC (2066).  The address of the Debtor's corporate headquarters is: 111 Naida Street, Pampa, Texas 79065-6901.

    Objection Deadline: September 7, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    A.    Certificate of No Objection Regarding the First Interim Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 3, 2021 Through June 30, 2021 (D.I. 308, Filed 9/8/21).

    B.    Order Granting the First Interim Application of Sullivan Hazeltine Allinson LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 3, 2021 Through June 30, 2021 (D.I. 309, Entered 9/10/21).

    Status: An order has been signed. No hearing is necessary.

3.    Application of the Debtor for an Order Authorizing the Employment and Retention of Starz Realty LLC as Real Estate Broker to the Debtor (D.I. 300, Filed 9/2/21).

    Objection Deadline: September 17, 2021 at 4:00 p.m. (ET).

    Responses Received:

    Related Pleading:

    A.    Certificate of No Objection (D.I. 330, Filed 9/21/21).

    Status: A certificate of no objection has been filed.

- 3 -

Dated: September 27, 2021
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Robert A. Weber (No. 4013)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
          weber@chipmanbrown.com
          olivere@chipmanbrown.com

*Counsel for the Debtor and Debtor-in-Possession*