**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WB SUPPLY LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-10729 (BLS) |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF
LAW, AND ORDER CONFIRMING THE FIRST AMENDED COMBINED
DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF
LIQUIDATION OF WB SUPPLY LLC AND (II) EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of WB Supply LLC* [Docket No. 371] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "**Combined Plan and Disclosure Statement**") was entered on November 18, 2021 [Docket No. 413].

**PLEASE TAKE FURTHER NOTICE** that, all conditions precedent to effectiveness pursuant to Article IX of the Combined Plan and Disclosure Statement have been satisfied or waived. Therefore, today, November 29, 2021, is the Effective Date of the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan and Disclosure Statement and its provisions are binding on, among others, the Debtor, all Holders of Claims and Equity Interests (irrespective of whether such Claims or Equity Interests are impaired under the Combined Plan and Disclosure Statement or whether the Holders of such Claims have voted to accept or reject the Combined Plan and Disclosure Statement), and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtor, as provided in the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** all final requests for payment of Professional Fee Claims (the "**Final Fee Applications**") must be filed no later than January 28, 2022 (*i.e.*, sixty (60) days after the Effective Date). The procedures for processing Final Fee Applications are set forth in the Combined Plan and Disclosure Statement. If a Professional does not timely submit a Final Fee Application, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtor, the Post-Effective Date Debtor, or its Estate.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: WB Supply LLC (2066). The address of the Debtor's corporate headquarters is: 111 Naida Street, Pampa, Texas 79065-6901.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Expense Claims (other than Professional Fee Claims) against the Debtor that arose, accrued or otherwise became due and payable at any time **after** April 20, 2021, but on or before the Effective Date (the "**Administrative Expense Period**") must be filed with the Bankruptcy Court and served on the Debtor or the Creditor Trust, as applicable, no later than December 29, 2021 (*i.e.*, thirty (30) days after the Effective Date) (the "**Administrative Expense Bar Date**").  Holders of Administrative Expense Claims that arose, accrued, or otherwise became due during the Administrative Expense Period that do not file requests for the allowance and payment thereof on or before the Administrative Expense Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Debtor or the Creditor Trust.  Unless the Debtor, the Creditor Trustee on behalf of the Creditor Trust, or any other party in interest objects to an Administrative Expense Claim, such Administrative Expense Claim shall be deemed Allowed in the amount requested.  In the event that the Debtor, the Creditor Trustee on behalf of the Creditor Trust, or any other party in interest objects to an Administrative Expense Claim, and the Administrative Expense Claim is not otherwise resolved, the Bankruptcy Court shall determine the Allowed amount of such Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that as set forth in Article VIII of the Combined Plan and Disclosure Statement, all Executory Contracts and Unexpired Leases that have not been assumed are rejected as of the Effective Date.  If the rejection by the Debtor, pursuant to the Combined Plan and Disclosure Statement, of an Executory Contract or Unexpired Leases gives rise to a Claim, a Proof of Claim must be filed (a) if by overnight mail, courier service, hand delivery, regular mail, or in person mail, with: **WB Supply LLC Claims Processing** c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or (b) if electronically, through the online Proof of Claim Form available at https://cases.stretto.com/WBSupply, no later than December 29, 2021 (*i.e.*, thirty (30) days after the Effective Date).  Please note that the Clerk's office is not permitted to give legal advice.  Any Proofs of claim not filed and served within such time periods will be forever barred from assertion against the Debtor, its Estate, and the Creditor Trust.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 2002, after the Effective Date, to continue to receive notices pursuant to Bankruptcy Rule 2002 all Creditors and other parties in interest must file a renewed notice of appearance with the Bankruptcy Court requesting receipt of documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined Plan and Disclosure Statement are available for review without charge at the website maintained by the Stretto, the Claims and Noticing Agent, https://cases.stretto.com/wbsupply or by calling 855-415-3343 (Toll Free).

Dated: November 29, 2021
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*

William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Robert A. Weber (No. 4013)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   chipman@chipmanbrown.com
            weber@chipmanbrown.com
            desgross@chipmanbrown.com
            olivere@chipmanbrown.com

*Counsel for the Debtor and the Debtor-in-Possession*