# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WB Supply LLC, | ) | Case No. 21-10729 (BLS) |
| | ) | |
| Debtor. | ) | Related Docket No. 597 |

## FINAL DECREE (I) CLOSING THE CHAPTER 11 CASE, AND
## (II) GRANTING RELATED RELIEF

Upon consideration of the *Motion of Creditor Trust for an Order (I) Closing the Chapter 11 Case, and (III) Granting Related Relief* ("**Motion**")[1] for entry of a final decree and order ("**Final Decree**") closing the chapter 11 case ("**Chapter 11 Case**") of the Creditor Trust, all as more fully set forth in the Motion; and with due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,* dated February 29, 2012; and finding that the Court has authority to enter a final order in this matter consistent with Article III of the United States Constitution, and this matter being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that the relief requested by the Motion is in the best interests of the Creditor Trust, all creditors, and other parties in interest and after due deliberation thereon; and good and adequate cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2. Pursuant to section 350(a) of the Bankruptcy Code, Rule 3022 of the Bankruptcy Rules, and Rule 3022-1 of the Local Rules, the Chapter 11 Case of WB Supply Liquidation Trust (Case No. 21-10729 (BLS)) is hereby closed as of the date of the entry of this Final Decree.

3. A docket entry shall be made in the Chapter 11 Case reflecting entry of this Final Decree.

4. Entry of this Final Decree is without prejudice to the rights of the Trustee, or any other party in interest to seek to reopen this case for good cause shown pursuant to section 350(b) of the Bankruptcy Code.

5. Entry of this Final Decree is without prejudice to the Trustee's right to seek entry of an order modifying or supplementing the relief granted herein.

6. The Trustee shall complete any remaining quarterly reports, and the Trustee shall pay all of the Trust's Section 1930 Fees, to the extent not already paid, within thirty days of the filing of any such quarterly reports.

7. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction over the Chapter 11 Case to the extent permitted under the Plan and all matters arising from or related to the implementation, interpretation, or enforcement of this Final Decree.

**Dated: July 27th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**